IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                               Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett jointly move this Court for an extension of time to respond to the complaint filed by Plaintiff Securities and Exchange Commission until May 21, 2012. As grounds for this motion, Defendants state as follows:

    1.     Defendants intend to file motions to dismiss Plaintiff's complaint.

    2.     Defendants waived service of the complaint pursuant to Federal Rule of Civil Procedure 4(d). Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), Defendants are required to file their motions to dismiss on or before May 14, 2012.

    3.     Due to a number of unanticipated scheduling conflicts affecting counsel for Defendants, Defendants request that the Court grant them a brief extension of time to file their motions to dismiss, to May 21, 2012.

    4.     Counsel for Defendants and counsel for Plaintiff have agreed a modest continuance is appropriate. Pursuant to D.N.M.LR-Civ. 7.1(a), this Motion is unopposed.

WHEREFORE, Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett request that the Court enter an Order extending Defendants' time to file their motions to dismiss to May 21, 2012.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    /s/ Andrew G Schultz                              .
    Bruce Hall
    Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:   (505) 768-7395
E-mail:   bhall@rodey.com
           aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

-and-

WILMER CUTLER PICKERING HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:   (213) 443-5300
Facsimile:   (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
    John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363
john.valentine@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
    Alanna G. Buchanan
    Joel Fleming
950 Page Mill Road
Palo Alto, California 94304
Telephone:   (650) 858-6000
Facsimile:   (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

| | |
|---|---|
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>　　Jerry L. Marks<br>　　Robert J. Liubicic<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br>Telephone:(213) 892-4000<br>Facsimile: (213) 629-5063<br>jmarks@milbank.com<br>rliubicic@milbank.com | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>　　Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Telephone:(212) 530-5000<br>Facsimile: (212) 530-5219<br>tarena@milbank.com<br><br>*Attorneys for Defendant Jane E. Starrett* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 10, 2012, the foregoing *Parties' Unopposed Motion for Extension of Time* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

　　Michael H. Hoses
　　Assistant United States Attorney
　　P.O. Box 607
　　Albuquerque, NM 87103
　　Michael.hoses@usdoj.gov

　　Stephen C. McKenna
　　Gregory Kasper
　　Securities & Exchange Commission
　　1801 California Street, Suit 1500
　　Denver, CO  80202
　　mckennas@sec.gov
　　kasperg@sec.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By　　*/s/ Andrew G Schultz*　　　　　　　　　　．
　　　Andrew G. Schultz