IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                                    No. CIV 12-257 JB/LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## ORDER GRANTING
## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER came before the Court on the Defendants' Unopposed Motion for Extension of Time to file motions to dismiss. After reviewing the file and being otherwise advised, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendants shall have until May 21, 2012 to file their motions to dismiss.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By____/s/ Andrew G. Schultz_____
      Andrew G. Schultz

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons,
III, and Jane E. Starrett*

WILMER CUTLER PICKERING HALE & DORR LLP
 Randall R. Lee
 Jessica Freiheit Kurzban
 Peiyin Patty Li
Los Angeles, CA  90071

WILMER CUTLER PICKERING HALE & DORR LLP
 John A. Valentine
Washington, DC  20006

WILMER CUTLER PICKERING HALE & DORR LLP
 Alanna G. Buchanan
 Joel Fleming
Palo Alto, California 94304

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY &  MCCLOY LLP
 Jerry L. Marks
 Robert J. Liubicic
Los Angeles, CA  90017

MILBANK, TWEED, HADLEY & MCCLOY LLP
 Thomas A. Arena
New York, NY  10005

*Attorneys for Defendant Jane E. Starrett*


APPROVED:


  Electronically Approved May 10, 2012
Michael H. Hoses
Assistant United States Attorney


  Electronically Approved May 10, 2012
Securities and Exchange Commission
Stephen C. McKenna
Gregory Kasper