# Exhibit 2(A) to the Joint Status Report:
# Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses

Based on the information reasonably available to Defendants Larry Goldstone and Clarence Simmons ("Defendants") at the present time, Defendants hereby disclose the following individuals likely to have discoverable information that Defendants may use to support their claims and defenses, other than solely for impeachment:

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Thornburg Mortgage, Inc. | Ralph Ahn | 4 Myranda Ct. Santa Fe, NM 87508 | Margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; communications with Thornburg's lenders; Thornburg's liquidity; KPMG's 2007 audit |
| Thornburg Mortgage, Inc. | Ann-Drue Anderson | 223 No. Guadalupe Box 510 Santa Fe, NM 87501 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | David Ater | 941 Calle Mejia, Apt. 710 Santa Fe, NM 87501 Tel: (505) 988-1919 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | Devona Benavidez | Morgan Stanley 6701 Uptown Blvd. NE Albuquerque, NM 87110 Tel: (505) 889-2890 | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls |
| Thornburg Mortgage, Inc. | Shawn Buniel | 211 W. Water St. Santa Fe, NM 87501 Tel: (505) 983-1824 | Thornburg's going concern analysis and OTTI analysis; KPMG's 2007 audit; margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls |
| Thornburg Mortgage, Inc. | Deborah Burns | 2596 Tano Compound Dr. Santa Fe, NM 87506 | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls |
| Thornburg Mortgage, Inc. | Michael Coltharp | 4309 Jaguar Loop Santa Fe, NM 87507 Tel: (720) 350-9793 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks |
| Thornburg Mortgage, Inc. | Paul DeCoff | 3 Picacho Peak Dr. Santa Fe, NM 87506 Tel: (505) 982-6219 | Reverse repurchase agreements; Thornburg's lending practices |
| Thornburg Mortgage, Inc. | John Dowell | Thornburg Investment Management 2300 North Ridgetop Rd. Santa Fe, NM 87506 Tel: (800) 847-0200 | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; Thornburg's lending practices |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Thornburg Mortgage, Inc. | Patrick M. Feldman | *Presently unknown.* | Margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; the rumor of the collapse of a European hedge fund; unpredictability of MBS market; KPMG's 2007 audit; reverse repurchase agreements |
| Thornburg Mortgage, Inc. | Nathan Fellers | Sandia National Laboratory 1515 Eubank Blvd. SE Albuquerque, NM 87023 Tel: (505) 845-0021 | Margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; communications with Thornburg's lenders; KPMG's 2007 audit; reverse repurchase agreements |
| Thornburg Mortgage, Inc. | Blake Gordon | *Presently unknown.* | Market reactions to Thornburg's 2007 Form 10-K |
| Thornburg Mortgage, Inc. | Larry A. Goldstone | 8 Santo Domingo Circle Santa Fe, NM 87506 Tel: (505) 629-4301  *Mr. Goldstone may only be contacted through counsel* | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; margin call activity; Thornburg's going concern analysis and OTTI analysis; unpredictability of MBS market; the rumor of the collapse of a European hedge fund; Thornburg's 2007 Form 10-K, 10-K/A and 8-Ks; reverse repurchase agreements; market developments and events; market reactions to Thornburg's 2007 Form 10-K; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | Sam Gonzalez | OneWest Bank 888 E. Walnut St. Pasadena, CA 91101 Tel: (626) 535-5754 | Thornburg's efforts to raise capital, cash and liquidity |
| Thornburg Mortgage, Inc. | Francine Jacquez | 1494 Clark Rd Santa Fe, NM 87507 Tel: (505) 438-6612 | Thornburg's 10-K, 10-K/A and 8-Ks |
| Thornburg Mortgage, Inc. | Brian Jensen | *Presently unknown.* | Market developments and events; market reactions to Thornburg's 2007 Form 10-K |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Thornburg Mortgage, Inc. | Francis I. Mullin, III | 3510 Turtle Creek Blvd., Unit 10-D Dallas, TX 75219 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | Suzanne O'Leary Lopez | *Presently unknown.* | Market reaction to Thornburg's 2007 Form 10-K |
| Thornburg Mortgage, Inc. | Ali Oguz | *Presently unknown.* | Thornburg's efforts to raise capital, cash and liquidity |
| Thornburg Mortgage, Inc. | Amy Pell | 2862 Puebla Jacona Santa Fe, NM 87507 | Thornburg's going concern analysis and OTTI analysis; Thornburg's 2007 Form 10-K., 10-K/A and 8-Ks; market reaction to Thornburg's 2007 Form 10-K |
| Thornburg Mortgage, Inc. | Meijing Peng | *Presently unknown.* | Thornburg's going concern analysis and OTTI analysis; KPMG's 2007 audit; margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls |
| Thornburg Mortgage, Inc. | Daniel Petrush | Thornburg Investment Management 2300 North Ridgetop Rd. Santa Fe, NM 87506 Tel: (800) 847-0200 | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; reverse repurchase agreements; MBS valuation |
| Thornburg Mortgage, Inc. | Kyle Rhoades | 2190 Bay St., Apt. 103 San Francisco, CA 94123 | Margin call activity; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; reverse repurchase agreements |
| Thornburg Mortgage, Inc. | Clarence G. Simmons, III | 254 Tano Rd. Santa Fe, NM 87501 Tel: (505) 629-4302  *Mr. Simmons may only be contacted through counsel* | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; margin call activity; Thornburg's going concern analysis and OTTI analysis; unpredictability of MBS market; the rumor of the collapse of a European hedge fund; Thornburg's 2007 Form 10-K. 10-K/A and 8-Ks; KPMG's 2007 audit; reverse repurchase agreements; market developments and events; market reactions to Thornburg's 2007 Form 10-K; Thornburg's 2008 Restatement |

**Exhibit 2(A) to the Joint Status Report:
Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Thornburg Mortgage, Inc. | Xen Stanhope | 188 Calle Galisteo<br>Santa Fe, NM 87508<br>Tel: (505) 474-5385 | Margin call activity; reverse repurchase agreements; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; KPMG's 2007 audit |
| Thornburg Mortgage, Inc. | Jane E. Starrett | 500 Johnson Lane<br>Santa Fe, NM 87505<br>Tel: (505) 920-4280<br><br>*Ms. Starrett may only be contacted through counsel* | KPMG's 2007 audit; Thornburg's going concern analysis and OTTI analysis; Thornburg's 2007 Form 10-K, 10-K/A and 8-Ks; margin call activity; Thornburg's 2008 Restatement; applicable GAAP standards |
| Thornburg Mortgage, Inc. | Tim Sturdy | Financial Counselors, Inc.<br>FCI Trust Investment Solutions<br>442 West 47th St.<br>Kansas City, MO 64112<br>Tel: (816) 329-1587 | Margin call activity; reverse repurchase agreements; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; KPMG's 2007 audit |
| Thornburg Mortgage, Inc. | Garrett Thornburg | Thornburg Investment Management<br>2300 North Ridgetop Rd.<br>Santa Fe, NM 87506<br>Tel: (800) 847-0200 | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; margin call activity; Thornburg's 10-K, 10-K/A and 8-Ks; |
| Thornburg Mortgage, Inc. | Sandy Timmons | *Presently unknown.* | Thornburg's efforts to raise capital, cash and liquidity |
| Thornburg Mortgage, Inc. | Various members of Thornburg's Audit Committee | N/A | KPMG's 2007 audit; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | Various members of Thornburg's Board of Directors | N/A | KPMG's 2007 audit; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's 2008 Restatement |
| Thornburg Mortgage, Inc. | Various members of Thornburg's Disclosure Committee | N/A | Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's 2008 Restatement |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Thornburg Mortgage, Inc. | Various members of Thornburg's Asset/Liability Management Committee (ALCO) | *N/A* | Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls |
| FBR & Co. | Craig Campbell | FBR & Co. 18101 Von Karman Ave. Suite 950 Irvine, CA 92612 Tel: (949) 477-3100 | Thornburg's efforts to raise capital, cash and liquidity |
| Citigroup Global Markets, Inc. | Stephen G. Malekian | Citigroup 390 Greenwich St. New York, NY 10013 Tel: (212) 723-6000 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| Citigroup Global Markets, Inc. | Elena Matrullo | Citigroup 390 Greenwich St. New York, NY 10013 Tel: (212) 723-6000 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| Citigroup Global Markets, Inc. | Alex Von May | Bank of America One Bryant Park New York, NY 10018 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| Citigroup Global Markets, Inc | Various | Citigroup 390 Greenwich St. New York, NY 10013 Tel: (212) 723-6000 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| JPMorgan Securities | Lou Rose | *Presently unknown.* | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| JPMorgan Chase & Co. | Mark M. Cisz | JPMorgan Chase & Co. 270 Park Ave. New York, NY 10017 Tel: (212) 888-3400 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| JPMorgan | Various | JP Morgan Chase & Co. 270 Park Ave. New York, NY 10017 Tel: (212) 888-3400 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| Deutsche Bank Securities | John Michael Duffy | *Presently unknown.* | Market reactions to Thornburg's 2007 Form 10-K |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| UBS | Various | UBS<br>299 Park Ave.<br>New York, NY 10171<br>Tel: (212) 821-3000 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| ING Financial Markets LLC | Timothy Carey | ING Financial Markets LLC<br>1325 Avenue of The Americas<br>New York, NY 10019<br>Tel: (646) 424-6000 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| Credit Suisse | Eric Smith | Loan Value Group LLC<br>San Francisco, CA<br>Tel: (732) 741-7300 | Market reactions to Thornburg's 2007 Form 10-K |
| Credit Suisse | Various | Credit Suisse<br>650 California St.<br>San Francisco, CA 94108<br>Tel: (415) 249-2100 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| Greenwich Capital Markets, Inc. | Judy Kim | MSCI Barra<br>50 Fremont St., Ste. 2430<br>San Francisco, CA 94105<br>Tel: (415) 216-2834 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Greenwich Capital Markets, Inc. | Henson Orser | RBS Securities Inc.<br>600 Washington Blvd.<br>Stamford, CT 06901<br>Tel: (203) 897-2700 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Greenwich Capital Markets | Jesse Litvak | *Presently unknown.* | Market reactions to Thornburg's 2007 Form 10-K |
| Greenwich Capital Markets, Inc. | Various | RBS<br>600 Steamboat Rd.<br>Greenwich, CT 06830<br>Tel: (203) 618-2281 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Morgan Stanley | Various | Morgan Stanley & Co.<br>1585 Broadway<br>New York, NY 10036<br>Tel: (212) 761-4000 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Bear Stearns | Wayne Buchan | Cantor Fitzgerald<br>110 E. 59th St.<br>New York, NY 10022<br>Tel: (212) 938-5000 | Margin call activity; reverse repurchase agreements; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; market reactions to Thornburg's 2007 Form 10-K |
| Bear Stearns | Michael Nierenberg | *Presently unknown.* | Margin call activity; reverse repurchase agreements; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; market reactions to Thornburg's 2007 Form 10-K |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Bear Stearns | Various | *Presently unknown.* | Margin call activity; reverse repurchase agreements; Thornburg's efforts to raise capital, cash and liquidity, and to satisfy margin calls; market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| Natixis | Kevin Duffy Acevedo | *Presently unknown.* | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Natixis | Tor Trivers | Natixis<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019<br>Tel: (212) 891-5700 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Natixis | Various | Natixis<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019<br>Tel: (212) 891-5700 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K; reservation of rights |
| Merrill Lynch | Kathy Wade | Cantor Fitzgerald & Co.<br>800 5th Ave., Ste. 4100<br>Seattle, WA 98104<br>Tel: (206) 236-8747 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Merrill Lynch | Various | 2 World Financial Center<br>New York, NY 10281<br>Tel: (212) 236-5500 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Goldman Sachs | Jose Pluto | Stark Investments<br>3600 South Lake Dr.<br>St. Francis, WI 53235<br>Tel: (414) 294-7000 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| Goldman Sachs | Various | 200 West St.<br>New York, NY 10282<br>Tel: (212) 902-1000 | Margin call activity; reverse repurchase agreements; Market reactions to Thornburg's 2007 Form 10-K |
| Barclays | Spencer Jones | *Presently unknown.* | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| Lehman Brothers | Steve Diekman | Barclays<br>555 California St.<br>San Francisco, CA 94104<br>Tel: (415) 263-3300 | Margin call activity; reverse repurchase agreements; market reactions to Thornburg's 2007 Form 10-K |
| KPMG | Tara Baucom | KPMG LLP<br>303 East Wacker Dr. #1600<br>Chicago, IL 60601<br>Tel: (312) 665-1000 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Jim Browning | RigNet, Inc.<br>1880 S. Dairy Ashford<br>Suite 300<br>Houston, TX 77077-4760<br>Tel: (281) 674-0100 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Craig Crawford | KPMG LLP<br>345 Park Ave.<br>New York, NY 10154<br>Tel: (212) 758 9700 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Fran DiSarro | KPMG LLP<br>757 Third Ave, 11th Floor<br>New York, NY 10017<br>Tel: (212) 909-5400 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Michael Foley | *Presently unknown.* | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | David Glass | KPMG LLP<br>717 North Harwood St. # 3100<br>Dallas, TX 75201 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| | | Tel: (214) 200-7000 | analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Jennifer L. Hall | KPMG LLP 6565 Americas Parkway NE #700 Albuquerque, NM 87110 (505) 884-3939 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Meg Jones | *Presently unknown.* | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Larry Leva | KPMG LLP 757 Third Ave., 11th Floor New York, NY 10017 Tel: (212) 872-5589 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Robert McLamb | KPMG LLP 811 Main St. Houston, TX 77002 (713) 319-2000 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| KPMG | Sam Ranzilla | KPMG LLP<br>345 Park Ave.<br>New York, NY 10154<br>Tel: (212) 758-9700 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Cynthia Reinhart | KPMG LLP<br>6565 Americas Parkway NE #700<br>Albuquerque, NM 87110<br>(505) 884-3939 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | Michael Smith | KPMG LLP<br>717 North Harwood St. # 3100<br>Dallas, TX 75201<br>Tel: (214) 200-7000 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | John Taylor | Unknown | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| KPMG | David Wagner | KPMG LLP<br>757 Third Ave., 11th Floor<br>New York, NY 10017<br>Tel: (212) 909-5400 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |

**Exhibit 2(A) to the Joint Status Report:**
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Witnesses**

| Company | Name of Current or Former Employee | Last Known Contact Information | Subject(s) of Information |
|---|---|---|---|
| KPMG | Clyde Womack | Bible Teaching Resources 100 Independence Place Ste 213 Tyler, TX 75703 Tel: (903) 939-1201 | KPMG's 2007 audit; Thornburg's 10-K, 10-K/A and 8-Ks; Thornburg's going concern analysis and OTTI analysis; applicable GAAP standards; SEC's investigation of Thornburg; Thornburg's 2008 Restatement; "subsequent event" evaluation |
| Securities and Exchange Commission | Various | c/o Securities and Exchange Commission 100 F. Street, NE Washington, D.C. 20549 Tel: (202) 551-4963 | SEC's investigation of Thornburg; SEC guidance, positions and communications on OTTI analysis, "subsequent event" analysis and applicable GAAP standards; market developments and events |

<u>**Exhibit 2(B) to the Joint Status Report:**</u>
**Defendants Larry Goldstone and Clarence Simmons' Initial Disclosure of Documents**

Based on the information reasonably available to Defendants Larry Goldstone and Clarence Simmons ("Defendants") at the present time, Defendants hereby disclose the following categories of documents, electronically stored information and tangible things that Defendants may use to support their claims and defenses, other than solely for impeachment:

1. Documents cited in Defendants' Wells Submissions, dated May 12, 2011.

2. Documents contained in the SEC's investigative file.

3. Documents incorporated by reference into the Complaint in this action.

4. Thornburg's SEC and other regulatory filings.

5. Witness testimony taken in connection with the SEC's formal investigation titled *In the Matter of Thornburg Mortgage, Inc.*, D-2968-A.

6. Documents in the possession, custody, or control of third parties, including KPMG, Thornburg and Thornburg's repo lenders.

7. Analyst reports and other matters of public record concerning Thornburg and the market for mortgage-backed securities in 2007 and 2008.

8. Testimony, statements, guidance, bulletins and reports from the SEC, the Federal Reserve, and other financial and securities regulators concerning the market for mortgage-backed securities and/or applicable accounting standards for determining other than temporary impairments and for the "subsequent events" accounting analysis.

9. Documents and electronically-stored information produced to the SEC, including correspondence concerning Defendants and others at Thornburg.[1]

10. Exhibits used by the SEC in connection with the SEC's formal investigation titled *In the Matter of Thornburg Mortgage, Inc.*, D-2968-A.

---

[1] Defendants also may have in their possession, custody, or control and may seek to use additional documents.

**Exhibit 2(C) to the Joint Status Report:**
**Defendants' Joint Disclosure of Expert Witnesses**

Defendants Larry Goldstone, Clarence G. Simmons, III and Jane E. Starrett ("Defendants") have not yet identified or retained any witnesses they intend to use at trial to present expert testimony. Without waiving the right to retain and use at trial additional experts in other relevant subject areas, Defendants currently anticipate offering expert testimony on the following subjects:

1. Accounting and auditing principles, standards, and practices relevant to the preparation and audit of Thornburg Mortgage, Inc.'s ("Thornburg") 2007 Form 10-K and 2007 Form 10-K/A;

2. Prevailing conditions and events affecting the market for mortgage-backed securities during the financial and credit crisis of 2007-2008;

3. Financing strategies and practices in the mortgage lending industry, including the use of mortgage-backed securities and the mechanics of Reverse Repurchase Agreements used to fund some of Thornburg's mortgage origination and investment activities;

4. Cause(s) of Thornburg's stock price declines and investor losses following the filing of its 2007 Form 10-K and market reaction to Thornburg's disclosures in the 10-K; and

5. Other topics as necessary to respond to expert testimony proffered by Plaintiff.