**Exhibit 3(A) to the Joint Status Report:**
**Defendant Jane Starrett's Initial Disclosure of Witnesses**

Based on the information reasonably available to Defendant Jane Starrett ("Defendant") at the present time, Defendant identifies the following individuals as likely to have discoverable information that Defendant may use to support her defenses, other than solely for impeachment. In addition, Defendant reserves the right to use one or more of the witnesses identified in Plaintiff's initial disclosures to support Defendant's claims and defenses, other than solely for impeachment.

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| ***Thornburg Mortgage, Inc.*** | | |
| Ahn, Ralph | Unknown | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Communications with Thornburg's Lenders, Efforts to Raise Capital, Liquidity, and Cash |
| Anderson, Anne-Drue M. | 223 No. Guadalupe Box 510 Santa Fe, NM 87501 | Thornburg's Financial Condition in Feb. 2008 |
| Ang, Robert | Unknown | Thornburg's Liquidity, Going Concern, and Margin Call Activity |
| Ater, David | 941 Calle Mejia Apt 710 Santa Fe, NM 87501 Tel: (505) 988-1919 | Thornburg's Financial Condition in Feb. 2008 |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Badal, Joseph H. | Bank Lending Solutions<br>3 Prado Vista<br>Sandia Park, New Mexico 87047<br>Tel: (505) 690-4503 | Preparation of Thornburg's 2007 Form 10-K and Disclosures |
| Beckett, Anne E. | 309 Loma Arisco<br>Santa Fe, NM 87501-1269<br>Tel: (505) 466-3460 | Preparation of Thornburg's 2007 Form 10-K and Disclosures |
| Benavidez, Devona | Morgan Stanley<br>6701 Uptown Blvd. NE<br>Albuquerque, NM 87110<br>Tel: (505) 889-2890 | Thornburg's Efforts to Raise Capital, Cash and Liquidity, and to Satisfy Margin Calls |
| Buniel, Shawn | 211 W Water St<br>Santa Fe, NM 87501-6212<br>Tel: (505) 983-1824 | Thornburg's Going Concern Analysis, FAS 115 Impairment Analysis |
| Burke, Dwight | Unknown | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity |
| Burns, Deborah | 2596 Tano Compound Drive<br>Santa Fe, NM 87506 | Preparation of Thornburg's 2007 Form 10-K and Disclosures |
| Campbell, Craig (FBR & Co.) | FBR & Co.<br>18101 Von Karman Avenue<br>Suite 950<br>Irvine, CA 92612<br>949.477.3100 Main<br>800.952.7521 Toll Free | Thornburg's Efforts to Raise Capital, Cash and Liquidity; Disclosures in Thornburg's 2007 Form 10-K |

2

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Coltharp, Michael | 4309 Jaguar Loop<br>Santa Fe, NM 87507<br>(720) 350-9793 | Preparation of Thornburg's 2007 Form 10-K and Disclosures, Loan Delinquency Rates, Future Loan Losses,<br>FAS 115 Impairment Analysis |
| Cutler, Eliot R. | Akin Gump<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Tel: (202) 887-4240 | Thornburg's Financial Condition in Feb. 2008 |
| DeCoff, Paul G. | 3 Picacho Peak Dr<br>Santa Fe, NM 87506-8290<br>Tel: (505) 982-6219 | Preparation of Thornburg's 2007 Form 10-K and Disclosures |
| Dowell, John | Thornburg Investment Management<br>2300 North Ridgetop Road<br>Santa Fe, NM 87506<br>Tel: (800) 847-0200 | Thornburg's Efforts to Raise Capital, Cash and Liquidity and to Satisfy Margin Calls; Thornburg's Lending Practices |
| Feldman, Patrick | Unknown | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Efforts to Raise Capital, Cash, Liquidity |
| Fellers, Nathan | Sandia National Laboratories<br>1515 Eubank SE<br>Albuquerque, NM 87123<br>Tel: (505) 284-9254 | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Efforts to Raise Capital, Cash, Liquidity |
| Gage, Deborah | Unknown | Thornburg's Liquidity, Margin Call Activity |
| Gitana, Nyira | Unknown | Thornburg's Financial Condition in Feb. 2008<br>Market Reaction to 2007 Form 10-K |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Goldstone, Larry A. | 8 Santo Domingo Circle<br>Santa Fe, New Mexico 87506<br>Work: (505) 629-4301 | Reverse Repurchase Agreement Obligations, Margin Call Payment Plans, I/O Strip Transfers, FAS 115 Impairment Analysis, 3/08 Securitization and Equity Capital Raise |
| Gonzalez, Sam | OneWest Bank<br>888 E. Walnut St.<br>Pasadena, CA 91101<br>Tel: (626) 535-5754 | Thornburg's Efforts to Raise Capital, Cash and Liquidity |
| Gordon, Blake | Unknown | Market reactions to Thornburg's 2007 Form 10-K |
| Jacquez, Francine | 1494 Clark Rd<br>Santa Fe, NM 87507-5173<br>Tel: (505) 438-6612 | Preparation of 2007 Form 10-K and Disclosures |
| Jeffers, Michael B. | Unknown | Thornburg's Financial Condition in Feb. 2008 |
| Jensen, Brian | Unknown | Market Reaction to 2007 Form 10-K |
| Kalangis, Ike | 1714 San Cristobal Rd SW<br>Albuquerque, NM 87104-1131<br>Tel (505) 224-9414 | Thornburg's Financial Condition in Feb. 2008 |
| Lopez, Owen M. | 812 Don Gaspar Ave<br>Santa Fe, NM 87505-2632<br>Tel: (505) 983-2472 | Thornburg's Financial Condition in Feb. 2008 |
| Mullin III, Francis I. | 3510 Turtle Creek Blvd., Unit 10-D<br>Dallas, TX 75219 | Thornburg's Financial Condition in Feb. 2008 |
| Oguz, Ali | Unknown | Thornburg's Efforts to Raise Capital, Cash and Liquidity |
| O'Leary Lopez, Suzanne | Unknown | Market Reaction to Thornburg's 2007 Form 10-K |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Pell, Amy | 2862 Puebla Jacona<br>Santa Fe, New Mexico 87507 | Disclosures in Thornburg's 2007 Form 10-K, Thornburg's Going Concern Analysis; FAS 115 Impairment Analysis; Thornburg's 2007 Form 10-K, 10-K/A and 8-Ks; Market Reaction to Thornburg's 2007 Form 10-K |
| Peng, Meijing | Unknown | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity |
| Petrush, Daniel | Thornburg Investment Management<br>2300 North Ridgetop Road<br>Santa Fe, NM 87506<br>Tel: (800) 847-0200 | Thornburg's Going Concern Analysis, Thornburg's Margin Call Activity |
| Plasters, Mark | Harland Clarke<br>10931 Laureate Drive<br>San Antonio, TX 78249<br>Tel: (210) 697-8888 | Thornburg's Financial Condition in Feb. 2008 |
| Rhoades, Kyle | 2190 Bay St, Apt 103<br>San Francisco, CA 94123-1940 | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Efforts to Raise Capital, Cash, Liquidity |
| Segell, Kerri | 38 Alondra Rd<br>Santa Fe, NM 87508-8316<br>Tel: (505) 466-2749 | Market Reaction to 2007 Form 10-K |
| Sherman, Stuart C. | 4438 Avenida Del Sol NE<br>Albuquerque, NM 87110-6179<br>Tel: (505) 262-0415 | Thornburg's Financial Condition in Feb. 2008 |
| Shiozaki, Caren | Unknown | Preparation of Thornburg's 2007 10-K and Disclosures |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Simmons III, Clarence G. | 254 Tano Road<br>Santa Fe, New Mexico 87501<br>Work: (505) 629-4302 | Reverse Repurchase Agreement Obligations, Margin Call Payment Plans, I/O Strip Transfers, Efforts to Raise Capital, Liquidity, and Cash, Thornburg's Going Concern Analysis and FAS 115 Impairment Analysis |
| Smiley, Ben | Unknown | Thornburg's Going Concern Analysis |
| Stanhope, Xen | 188 Calle Galisteo<br>Santa Fe, NM 87508-1505<br>Tel: (505) 474-5385 | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Efforts to Raise Capital, Cash, Liquidity |
| Starrett, Jane | 500 Johnson Lane<br>Santa Fe, NM 87505<br>Tel: (505) 920-4280 | Thornburg's 2007 Financial Statements and March 2008 Restatement, OTTI Analysis, Margin Call Activity |
| Sturdy, Tim | Financial Counselors, Inc.<br>FCI Trust Investment Solutions<br>442 West 47th Street<br>Kansas City, MO 64112<br>Tel: (816) 329-1587 | Financing of Thornburg's Investment Activities, Reverse Repurchase Agreements, Margin Call Activity, Efforts to Raise Capital, Cash, Liquidity, KPMG 2007 Audit |
| Thornburg, Garrett | Thornburg Investment Management<br>2300 North Ridgetop Road,<br>Santa Fe, NM 87506<br>Tel: (800) 847-0200 | Thornburg's Financial Condition in Feb. 2008 |
| Timmons, Sandy | Unknown | Thornburg's Efforts to Raise Capital, Cash and Liquidity |
| Yates, Allison | 2405 Camino Capitan<br>Santa Fe, NM 87505-6466 | Market Reaction to 2007 Form 10-K |
| *KPMG LLP* | | |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Acree, Dan | KPMG LLP<br>6565 Americas Pkwy NE # 700<br>Albuquerque, NM 87110<br>Tel: (505) 872-3210 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Baucom, Tara | KPMG LLP<br>303 E Wacker Dr # 1600<br>Chicago, IL 60601<br>Tel: (312) 665-1000 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Browning, Jim | RigNet, Inc.<br>1880 S. Dairy Ashford<br>Suite 300 Houston, TX 77077-4760<br>Tel: (281) 674-0100 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Crawford, Craig | KPMG LLP<br>345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 758 9700 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| DiSarro, Fran | KPMG LLP<br>757 Third Avenue, 11th Floor<br>New York, NY 10017<br>Tel: (212) 909-5400 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Foley, Michael | Unknown | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Glass, David | KPMG LLP<br>717 North Harwood St # 3100<br>Dallas, TX 75201<br>Tel: (214) 200-7000 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Hall, Jennifer L. | KPMG LLP<br>6565 Americas Pkwy NE # 700<br>Albuquerque, NM 87110<br>Tel: (505) 884-3939 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Jones, Meg | Unknown | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Leva, Larry | KPMG LLP<br>757 Third Avenue, 11th Floor<br>New York, NY 10017<br>Tel: (212) 872-5589 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| McLamb, Robert P. | KPMG LLP<br>811 Main Street<br>Houston, TX 77002<br>Tel: (713) 319-2000 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Plumber, Matt | Unknown | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Ranzilla, Sam | KPMG<br>345 Park Avenue<br>New York, NY 10154<br>Tel: (212) 758-9700 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Reinhart, Cynthia C. | KPMG LLP<br>6565 Americas Pkwy NE # 700<br>Albuquerque, NM 87110<br>Tel: (505) 884-3939 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Smith, Michael | KPMG LLP<br>717 North Harwood St # 3100<br>Dallas, TX 75201<br>Tel: (214) 200-7000 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Stoliar, Tina | KPMG LLP<br>20 Pacifica # 700<br>Irvine, CA 92618<br>Tel: (949) 885-5400 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Taylor, John | Unknown | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| Wagner, David | KPMG LLP<br>757 Third Avenue, 11th Floor<br>New York, NY 10017<br>Tel: (212) 909-5400 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Womack, Clyde | Bible Teaching Resources<br>100 Independence Place Ste 213<br>Tyler, TX 75703<br>Tel: (903) 939-1201 | Audit of Thornburg's 2007 Financial Statements, Thornburg's 2007 Form 10-K and 2008 Restatement, Going Concern and OTTI Analyses, "Subsequent Events" Evaluation |
| *REPO Lenders & Third Parties* | | |
| Acevedo, Kevin Duffy (Natixis) | Unknown | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Benett, Halle (UBS) | UBS Capital LLC<br>299 Park Avenue<br>New York, NY 10171<br>Tel: (212) 821-3000 | Disclosures in Thornburg's Form 10-K |
| Buchanan, Wayne (Bear Stearns) | Cantor Fitzgerald<br>110 E. 59th St.<br>New York, NY 10022<br>Tel: (212) 938-5000 | Margin Call Activity; Reverse Repurchase Agreements; Thornburg's Efforts to Raise Capital, Cash and Liquidity, and to Satisfy Margin Calls; Market Reactions to Thornburg's 2007 Form 10-K |
| Carey, Timothy (ING) | ING Financial Markets LLC<br>1325 Avenue of The Americas<br>New York, NY 10019<br>Tel: (646) 424-6000 | Market Reaction to 2007 Form 10-K, |
| Cisz, Mark M. (JP Morgan) | JPMorgan Chase & Co.<br>270 Park Ave<br>New York, NY 10017-2014 | Reverse Repurchase Agreement with JP Morgan, Margin Calls, 2/28/08 Default Notice (JP Morgan Executive Director) |
| Cofsky, Larry (UBS) | UBS<br>299 Park Avenue<br>New York, NY 10171<br>Tel: (212) 821-3000 | Reverse Repurchase Agreement with UBS, UBS Margin Call Activity in February 2008 |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Diekman, Steve (Lehman Brothers) | Barclays<br>555 California Street<br>San Francisco, CA 94104<br>(415) 263-3300 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Duffy, John Michael (Deutsche Bank Securities) | Unknown | Market Reaction to 2007 Form 10-K |
| Fee, Brian (UBS) | Unknown | Reverse Repurchase Agreement with UBS, Margin Call Activity, UBS Default Notice |
| Hales, Shannon J. (Citigroup) | 388 Greenwich Street<br>New York, NY 10013<br>Tel: 212-531-4546 | Reverse Repurchase Agreement with Citigroup, Margin Calls, 2/21/08 Reservation of Rights Letter from Citigroup |
| Harris, Brian (Moody's) | Unknown | Market Reaction to August 2007 Margin Calls |
| Heald, Russell (Greenwich Capital) | Unknown | Market Reaction to 2007 Form 10-K |
| Jones, Spencer (Barclays) | Unknown | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Kim, Judy (Greenwich) | MSCI Barra<br>50 Fremont Street<br>Suite 2430<br>San Francisco, CA 94105 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Litvak, Jesse (RBS Greenwich Capital) | Unknown | Market Reaction to 2007 Form 10-K |
| MacIntosh, Charles (Merrill Lynch Trader) | Unknown | European Hedge Fund Collapse, Market Reaction to 2007 Form 10-K |
| Malekian, Stephen G. (Citigroup) | Citigroup<br>390 Greenwich Street<br>New York, NY 10013<br>Tel: (212) 723-6000 | Reverse Repurchase Agreement with Citigroup, Margin Calls, 2/21/08 Reservation of Rights Letter from Citigroup |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Mangiaracina, George (UBS) | Unknown | UBS Margin Calls in February 2008 |
| Matrullo, Elena T. (Citigroup) | Citigroup<br>390 Greenwich Street<br>New York, NY 10013<br>(212) 723-6000 | Reverse Repurchase Agreement with Citigroup, Margin Calls, 2/21/08 Reservation of Rights Letter from Citigroup |
| Nierenberg, Michael (Bear Sterns & Co.) | Unknown | European Hedge Fund Collapse |
| Novotny, Matthew (Citigroup) | Citigroup<br>388 Greenwich Street<br>New York, NY 10013 | Market Reaction to 2007 Form 10-K, Reverse Repurchase Agreement with Citigroup, Margin Calls, 2/21/2008 Reservation of Rights Letter from Citigroup |
| Onaran, Yalman (Bloomberg) | Unknown | Analyst/Investor Reaction to Thornburg's 2007 Form 10-K |
| Orser, Henson (Greenwich) | RBS Securities Inc.<br>600 Washington Blvd.<br>Stamford, CT 06901 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Pluto, Jose (Goldman Sachs) | Stark Investments<br>3600 South Lake Drive<br>St. Francis, WI 53235<br>Tel: (414) 294-7000 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Ramesh (UBS) | Unknown | UBS Margin Calls in February 2008 |
| Rivera, Digna (Credit Suisse) | Credit Suisse Securities<br>650 California Street<br>San Francisco, CA 94108<br>Tel: (415) 249-2100 | Market Reaction to 2007 Form 10-K |
| Rose, Lou (JPMorgan) | Unknown | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |

| Name | Last Known Address & Phone Number | Subject(s) of Information |
|---|---|---|
| Smith, Eric (Credit Suisse) | Loan Value Group LLC<br>San Francisco, CA | Market Reaction to 2007 Form 10-K |
| Trivers, Tor (Natixis) | c/o Natixis<br>9 West 57th Street<br>36th Floor<br>New York, NY 10019<br>Phone: (212) 891-5700<br>Fax:  (212) 891-5777 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Von May, Alex (Citigroup) | Bank of America<br>One Bryant Park<br>New York, NY 10018 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |
| Wade, Kathy (Merrill Lynch) | One Bryant Park<br>New York, NY 10036 | Margin Call Activity; Reverse Repurchase Agreements; Market Reactions to Thornburg's 2007 Form 10-K |

**Exhibit 3(B) to the Joint Status Report:**
**Defendant Jane Starrett's Initial Disclosure of Documents**

Defendant Jane Starrett ("Defendant") provides the following description by category and location of documents, electronically stored information, and tangible things that are in Defendant's possession, custody or control and that Defendant may use to support her defenses, other than solely for impeachment:

| Description | Location |
| --- | --- |
| Transcript of testimony of Jane E. Starrett before the Securities and Exchange Commission dated February 2, 2011 | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, CA  90017-5735 |
| Documents cited in the Wells Submission of Jane E. Starrett and the Wells Submission of Larry Goldstone and Clarence Simmons dated May 12, 2011 | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, CA  90017-5735 |
| Documents contained in the SEC's investigative file | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, CA  90017-5735 |
| Thornburg's SEC filings | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, CA  90017-5735 |
| Public documents concerning applicable accounting standards for determining other than temporary impairments and for the subsequent events accounting analysis | Milbank, Tweed, Hadley & McCloy LLP 601 South Figueroa Street, 30th Floor Los Angeles, CA  90017-5735 |

The above-listed documents are duplicative of those already produced to the SEC, already within the SEC's possession, custody, or control, or matters of public record.

**Exhibit 3(C) to the Joint Status Report:**
**Defendants' Joint Disclosure of Expert Witnesses**

Defendants Larry Goldstone, Clarence G. Simmons, III and Jane E. Starrett ("Defendants") have not yet identified or retained any witnesses they intend to use at trial to present expert testimony. Without waiving the right to retain and use at trial additional experts in other relevant subject areas, Defendants currently anticipate offering expert testimony on the following subjects:

1. Accounting and auditing principles, standards, and practices relevant to the preparation and audit of Thornburg Mortgage, Inc.'s ("Thornburg") 2007 Form 10-K and 2007 Form 10-K/A;

2. Prevailing conditions and events affecting the market for mortgage-backed securities during the financial and credit crisis of 2007-2008;

3. Financing strategies and practices in the mortgage lending industry, including the use of mortgage-backed securities and the mechanics of Reverse Repurchase Agreements used to fund some of Thornburg's mortgage origination and investment activities;

4. Cause(s) of Thornburg's stock price declines and investor losses following the filing of its 2007 Form 10-K and market reaction to Thornburg's disclosures in the 10-K; and

5. Other topics as necessary to respond to expert testimony proffered by Plaintiff.