Goldstone, Larry A. / Inv.   3/16/2010  7:58:00 AM

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2                                              **EXHIBIT B**

3   In the Matter of:         )         **REDACTED**

4                   ) File No. D-02968-A

5   THORNBURG MORTGAGE, INC.    )

6

7   WITNESS:  Larry A. Goldstone

8   PAGES:    212 through 389

9   PLACE:    Securities and Exchange Commission

10          Central Regional Office

11          1801 California Street, Suite 1500

12          Denver, Colorado

13   DATE:    Tuesday, March 16, 2010

14

15       The above-entitled matter came on for hearing, pursuant

16   to notice, at 9:10 a.m.

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                (202) 467-9200

Goldstone, Larry A. / Inv.   3/16/2010  7:58:00 AM

1    securities lending agreement dated September 20, 2007, et

2    cetera.

3        Q   And is that global master securities lending

4    agreement dated as of September 20, 2007 the master

5    repurchase agreement that we've been talking about today?

6        A   I cannot say for certain but it likely is.

7        Q   And was the first time you say Exhibit No. 77 in

8    preparation for your testimony?

9        A   I don't recall seeing it on February 21, 2008 or in

10   that vicinity.  It is possible that I did but my memory has

11   been refreshed as a result of preparation for these

12   proceedings.

13       Q   Looking at the second page of Exhibit No. 77, the

14   letter that was sent from Citibank to Thornburg, it's to your

15   attention.  Do you see that on the attention line?

16       A   I do.

17       Q   Do you recall whether or not you received a copy of

18   this?

19       A   I most likely did, yes.

20       Q   What is your understanding as to why this document

21   was sent?

22       A   This document was sent because Citibank was very

23   meticulous in memorializing all of the sort of communications

24   and conversations that we had.  It was a characteristic that

25   was, quite frankly, unique to Citibank amongst all of our

Thornburg                                                 Page 12

1   repo lenders.  They were more meticulous about sending these

2   letters than anybody else and this was essentially a

3   reservation of rights saying that they had the right to

4   declare an event of default but they have not declared an

5   event of default.

6        Q   Do you recall any discussions about this particular

7   letter in the timeframe leading up to the filing of the Form

8   10-K?

9        A   I don't recall any, no.

10       Q   Looking at the first paragraph of the second page

11  of Exhibit No. 77, Bates number TMI-SEC-63539, it states,

12  "Following demand from Citi, a copy of which is attached for

13  your reference, the fund failed to perform its obligations

14  under paragraph 5 of the agreement ("breach").  As a result

15  of the breach and in accordance with paragraph 14.1(ii) of

16  the agreement, Citi now has the right to declare an event of

17  default to have occurred."

18           Is it your understanding in the timeframe leading

19  up to the filing of the Form 10-K that Citibank had

20  considered Thornburg to have breached its obligations under

21  the global master securities lending agreement?

22       A   I guess I could agree with that, yes.  But they did

23  not declare an event of default.

24       Q   Right.  But it was your understanding that Citibank

25  reserved the right to declare an event of default at any

1    time?

2        A   They did, yes.

3        Q   Do you know whether Thornburg's auditors were

4    provided with a copy of the February 22 letter from Citibank?

5        A   I do not know whether they were or not, no.

6        Q   Did you instruct anyone to provide a copy of this

7    letter to Thornburg's auditors?

8        A   I don't recall instructing anyone to do that, no.

9        Q   Conversely, do you recall any communications about

10   whether or not this letter should be provided to the

11   auditors?

12       A   I don't recall whether it should have been or not.

13   In my mind, this letter was a formality.  That is all this

14   was.

15       Q   Do you know whether a copy of this letter from

16   Citibank was provided to Thornburg's counsel?

17       A   I believe that it was, yes.

18       Q   Do you recall which counsel it was provided to?

19       A   Heller Ehrman would have been our counsel.  That's

20   who we would have provided it to.

21       Q   Excluding the content of any communications you

22   might have had with Heller Ehrman, did you have any

23   communication with Heller Ehrman in reference to this

24   February 21, 2008 letter?

25       A   I don't recall a specific conversation around this