IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.                                    Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

      Defendants.

## PARTIES' UNOPPOSED MOTION TO VACATE AND RESCHEDULE HEARING ON PENDING MOTIONS

Plaintiff Securities and Exchange Commission and Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett jointly and respectfully request that the Court vacate the hearing currently scheduled for Monday, July 30, 2012 on i) the Motion to Dismiss on Behalf of Defendants Larry Goldstone and Clarence G. Simmons [Doc 35]; ii) Defendant Jane Starrett's Motion to Dismiss [Doc. 36]; and iii) the Request for Judicial Notice in Support of Defendants' Motions to Dismiss Complaint [Doc. 39], and reschedule the hearing for Tuesday, July 31, 2012. As grounds for this request, the parties state that because the majority of all counsel will be travelling from out-of-state to appear at the hearing, moving the hearing to Tuesday gives all parties and their counsel more time to prepare for this hearing.

Pursuant to D.N.M.LR-Civ. 7.1, all counsel concur in this motion.

WHEREFORE, Plaintiff Securities and Exchange Commission and Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett request that the Court enter an Order vacating the hearing currently scheduled for Monday, July 30, 2012 and rescheduling the hearing for Tuesday, July 31, 2012.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By      */s/ Andrew G Schultz*                                    .
   Bruce Hall
   Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail:  bhall@rodey.com
     aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

-and-

WILMER CUTLER PICKERING HALE &
 DORR LLP
  Randall R. Lee
  Jessica Freiheit Kurzban
  Peiyin Patty Li
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING HALE &
 DORR LLP
  John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com

WILMER CUTLER PICKERING HALE &
 DORR LLP
  Alanna G. Buchanan
  Joel Fleming
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
        Jerry L. Marks
        Robert J. Liubicic
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:(213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
        Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:(212) 530-5000
Facsimile: (212) 530-5219
tarena@milbank.com

*Attorneys for Defendant Jane E. Starrett*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2012, the foregoing *Parties'*
*Unopposed Motion to Vacate and Reschedule Hearing on Pending Motions* was electronically
filed with the Clerk of Court using the CM/ECF system that that will send notification of such
filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suit 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By_____*/s/ Andrew G Schultz*_____.
       Andrew G. Schultz