IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                     No. CIV 12-257 JB/LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## ORDER GRANTING
## PARTIES' UNOPPOSED MOTION TO VACATE AND RESCHEDULE
## HEARING ON PENDING MOTIONS

THIS MATTER came before the Court on the Parties' Unopposed Motion to Vacate and Reschedule Hearing on Pending Motions. After reviewing the file and being otherwise advised, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the hearing currently scheduled for Monday, July 30, 2012 on I) the Motion to Dismiss on Behalf of Defendants Larry Goldstone and Clarence G. Simmons [Doc 35]; ii) Defendant Jane Starrett's Motion to Dismiss [Doc. 36]; and iii) the Request for Judicial Notice in Support of Defendants' Motions to Dismiss Complaint [Doc. 39], is VACATED and shall be rescheduled for a hearing on Tuesday, July 31, 2012 at 10:00 a.m.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By	/s/ Andrew G. Schultz

Andrew G. Schultz

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

WILMER CUTLER PICKERING HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
Los Angeles, CA 90071

WILMER CUTLER PICKERING HALE & DORR LLP
    John A. Valentine
Washington, DC 20006

WILMER CUTLER PICKERING HALE & DORR LLP
    Alanna G. Buchanan
    Joel Fleming
Palo Alto, California 94304

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY & MCCLOY LLP
    Jerry L. Marks
    Robert J. Liubicic
Los Angeles, CA 90017

MILBANK, TWEED, HADLEY & MCCLOY LLP
    Thomas A. Arena
New York, NY 10005

*Attorneys for Defendant Jane E. Starrett*

  *Electronically Approved June 27, 2012*
Securities and Exchange Commission
    Stephen C. McKenna
    Gregory Kasper