IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                              No. CIV 12-257 JB/LFG

LARRY A. GOLDSTONE, et al,

    Defendants.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed June 1, 2012 (Doc. 43), the Court adopts the Joint Status Report except as modified by the Scheduling Order entered July 11, 2012 (Doc. 54).

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE