IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## NOTICE OF EXTENSION OF BRIEFING DEADLINE

As required by D.N.M.LR-Civ. 7.4(a), Defendant Jane E. Starrett and Plaintiff give notice that they have agreed to extend the time for completing the briefing related to Plaintiff's Surreply to Defendant Jane Starrett's Reply in Support of Motion to Dismiss [Doc. 63].

Under this agreement, Defendant Jane E. Starrett shall have until August 13, 2012 to serve and file her responses to Plaintiff's Surreply.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    */s/ Andrew G Schultz*    .
    Bruce Hall
    Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:       bhall@rodey.com
                aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

-and-

MILBANK, TWEED, HADLEY & MCCLOY LLP
    Jerry L. Marks
    Robert J. Liubicic
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:     (213) 892-4000
Facsimile:     (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
    Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
tarena@milbank.com

*Attorneys for Defendant Jane E. Starrett*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 6, 2012, Defendant Jane Starrett's *Notice of Extension of Briefing Deadline* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suit 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
Telephone:    (213) 443-5300
Facsimile:    (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING
   HALE & DORR LLP
    Alanna G. Buchanan
    Joel Fleming
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

WILMER CUTLER PICKERING
   HALE & DORR LLP
      John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363
john.valentine@wilmerhale.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     */s/ Andrew G Schultz*                            .
         Andrew G. Schultz