IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                      Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## NOTICE OF FILING SUPPLEMENTAL BRIEFING

Pursuant to this Court's instruction at the conclusion of the hearing held on July 31, 2012, Plaintiff Securities and Exchange Commission and Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane Starrett give notice that they each will serve and file supplemental briefing related to Defendants' Motions to Dismiss [Docs. 35 and 36]. Plaintiff, Defendants Goldstone and Simmons and Defendant Starrett will each serve and file their respective supplemental briefs of no more than 12 pages no later than August 31, 2012.

                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                By    */s/ Andrew G Schultz*    .
                    Bruce Hall
                    Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone:   (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:       bhall@rodey.com
                aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

                            -and-

| | |
|---|---|
| WILMER CUTLER PICKERING HALE & DORR LLP<br>    Randall R. Lee<br>    Jessica Freiheit Kurzban<br>    Peiyin Patty Li<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:    (213) 443-5300<br>Facsimile:     (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>patty.li@wilmerhale.com<br><br>WILMER CUTLER PICKERING HALE & DORR LLP<br>    John A. Valentine<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:    (202) 663-6000<br>Facsimile:     (202) 663-6363<br>john.valentine@wilmerhale.com | WILMER CUTLER PICKERING HALE & DORR LLP<br>    Alanna G. Buchanan<br>    Joel Fleming<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:    (650) 858-6000<br>Facsimile:     (650) 858-6100<br>alanna.buchanan@wilmerhale.com<br>joel.fleming@wilmerhale.com<br><br>*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>    Jerry L. Marks<br>    Robert J. Liubicic<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br>Telephone:(213) 892-4000<br>Facsimile: (213) 629-5063<br>jmarks@milbank.com<br>rliubicic@milbank.com | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>    Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Telephone:(212) 530-5000<br>Facsimile: (212) 530-5219<br>tarena@milbank.com<br><br>*Attorneys for Defendant Jane E. Starrett* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 8, 2012, the foregoing *Notice of Filing Supplemental Briefing* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

    Michael H. Hoses
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    Michael.hoses@usdoj.gov

    Stephen C. McKenna
    Gregory Kasper
    Securities & Exchange Commission
    1801 California Street, Suit 1500
    Denver, CO  80202
    mckennas@sec.gov
    kasperg@sec.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    */s/ Andrew G Schultz*    .
    Andrew G. Schultz