IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

                vs.                CIVIL NO. 12-257 (JB-LFG )

LARRY A. GOLDSTONE,

CLARENCE G. SIMMONS, III, and

JANE E. STARRETT,

        Defendants.

**PLAINTIFF'S WITHDRAWAL OF RELIANCE ON CITED AUTHORITY**

Plaintiff hereby withdraws its reliance on *In re General Elec. Co. Sec. Litig.*, 2012 WL 90191 (S.D.N.Y. Jan. 11, 2012), cited on page 8 of its Supplemental Brief on Motions to Dismiss. Dkt. 68. The district court in *In re General Elec. Sec. Litig.,* recently issued an opinion granting defendant's motion for reconsideration. 2012 WL 1371016 (S.D.N.Y. April 18, 2012). Among other things, the later opinion found that GE chief executive officer's, Jeffrey Immelt's, statement that GE successfully met its commercial paper needs was a statement of opinion, and was inactionable because the statement was true and plaintiff had not alleged that Immelt believed otherwise. *Id.* at *9. Further, the court found that plaintiff's explicit disclaimer of Immelt's knowing misconduct precluded an allegation of subjective falsity. *Id*. While the January 11, 2012 opinion is no longer reliable for the purpose of finding Immelt's statement to have been materially misleading, that should not change the result here. Here Plaintiff alleges

facts, known to Defendants, that Thornburg had *not* "successfully" met all its margin calls. As noted in other cases cited in Plaintiff's Supplemental Brief, statements that are objectively verifiable as false may be both materially misleading and actionable.

    DATED this 11th day of September, 2012

    s/ Stephen C. McKenna
STEPHEN C. MCKENNA
GREGORY A. KASPER
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Ph. (303) 844-1000
email:
mckennas@sec.gov
kasperg@sec.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on September 11, 2012, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mil Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360
Fax:

John A. Valentine (john.valentine@wilmerhale.com)
Wilmer cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6131
Fax:  (202) 663-6363
*Attorneys for defendant Larry Goldstone and Clarance Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Paul M. Torres (ptorres@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)

Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax: (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax: (212) 530-5219

*Attorneys for defendant Jane Starrett*

                                                                  s/ Marla Pinkston
                                                                  Marla Pinkston