IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

### ENTRY OF APPEARANCE

Lauren R. Yates of the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, (202) 663-6000, enters her appearance as counsel for Defendants Larry Goldstone and Clarence G. Simmons in the above-referenced matter. Counsel's electronic address is as follows:

    Lauren R. Yates, lauren.yates@wilmerhale.com

Counsel is in compliance with D.N.M. LR-Civ. 83.3 and has associated with Andrew G. Schultz, a member of the Federal Bar who has signed the pleading on behalf of these Defendants, and the law firm of Rodey, Dickason, Sloan, Akin & Robb, P.A., located at 201 3rd Street NW, Suite 2200, Albuquerque, New Mexico, 87102.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By    */s/ Andrew G Schultz*    .
            Andrew G. Schultz
        P. O. Box 1888
        Albuquerque, NM 87103
        Telephone:  (505) 765-5900
        Facsimile:  (505) 768-7395
        E-mail:    bhall@rodey.com
                aschultz@rodey.com

        *Attorneys for Defendants Larry Goldstone, Clarence G. Simmons,
        III, and Jane E. Starrett*

-and-

WILMER CUTLER PICKERING HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:    (213) 443-5300
Facsimile:    (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
    John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363
john.valentine@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
    Alanna G. Buchanan
    Joel Fleming
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2012, the foregoing *Entry of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suit 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

MILBANK, TWEED, HADLEY &
   MCCLOY LLP
      Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219
tarena@milbank.com

MILBANK, TWEED, HADLEY &
   MCCLOY LLP
      Jerry L. Marks
      Robert J. Liubicic
      Alisa Schlesinger
      Elena Kilberg
      Paul M. Torres
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:   (213) 892-4000
Facsimile:    (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com
ptorres@milbank.com

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By     */s/ Andrew G Schultz*                               .
        Andrew G. Schultz