## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 5, 2012, the foregoing *Defendants' First Set of Requests for the Production of Documents to Plaintiff Securities and Exchange Commission* was served by regular mail and electronic mail to the persons listed below:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov

WILMER CUTLER PICKERING HALE AND DORR LLP.

By: _____
Jessica F. Kurzban

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*