IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> LARRY A. GOLDSTONE, ) <br> ) <br> CLARENCE G. SIMMONS, III, and ) <br> ) <br> JANE E. STARRETT, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 12-257 (JOB-JFG ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 19, 2012, PLAINTIFF'S FIRST SET OF INTERROGATORIES TO ALL DEFENDANTS was served by electronic mail to the following persons:

    Michael Hoses
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    (505) 346-7274
    E-mail: Michael.hoses@usdoj.gov
    *Local Counsel for Plaintiff Securities and Exchange Commission*

    Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
    Joel Fleming (joel.fleming@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    950 Page Mil Road
    Palo Alto, CA 94304
    Phone: (650) 858-6000
    Fax: 650-858-6100

1

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Wilmer cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6131
Fax:  (202) 663-6363
*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*

2

Dated:  October 19, 2012

                                              s/ Gregory A. Kasper
                                              STEPHEN C. MCKENNA
                                              GREGORY KASPER
                                              Attorneys for Plaintiff
                                              Securities and Exchange Commission
                                              1801 California Street, Suite 1500
                                              Denver, CO  80202
                                              Ph. (303) 844-1000
                                              email: mckennas@sec.gov
                                                        kasperg@sec.gov