IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.                                                           CIVIL NO. 1:12-cv-00257-JB-LFG

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

        Defendants.

## ENTRY OF APPEARANCE

Dugan Bliss of the Securities and Exchange Commission, 1801 California Street, Suite 1500, Denver, CO 80202, (303) 844-1041, enters his appearance as counsel for Plaintiff, Securities and Exchange Commission in the above-referenced matter. Counsel's electronic address is BlissD@sec.gov.

DATED this 9th day of November, 2012

                                                  /s/ DUGAN BLISS
                                                  STEPHEN C. MCKENNA
                                                  GREGORY A. KASPER
                                                  DUGAN BLISS
                                                  *Attorneys for Plaintiff*
                                                  Securities and Exchange Commission
                                                  1801 California Street, Suite 1500
                                                  Denver, CO  80202
                                                  Ph. (303) 844-1000
                                                  mckennas@sec.gov
                                                  kasperg@sec.gov
                                                  blissd@sec.gov

## CERTIFICATE OF SERVICE

        I hereby certify that on November 9, 2012, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
Email: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mil Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360
Fax:

John A. Valentine (john.valentine@wilmerhale.com)
Wilmer cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6131
Fax:  (202) 663-6363
*Attorneys for defendant Larry Goldstone and Clarance Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Paul M. Torres (ptorres@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219
*Attorneys for defendant Jane Starrett*


                /s/ DUGAN BLISS
                DUGAN BLISS