# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2012, Defendants' Second Set of Interrogatories to Plaintiff Securities and Exchange Commission was served by regular mail and electronic mail to the following persons:

| | |
|---|---|
| Michael H. Hoses | Stephen C. McKenna |
| Assistant United States Attorney | Gregory Kasper |
| P.O. Box 607 | Dugan Bliss |
| Albuquerque, NM 87103 | Securities & Exchange Commission |
| Michael.hoses@usdoj.gov | 1801 California Street, Suit 1500 |
| | Denver, CO  80202 |
| | mckennas@sec.gov |
| | kasperg@sec.gov |
| | blissd@sec.gov |

MILBANK, TWEED, HADLEY & MCCLOY LLP
By     */s/ Jerry L. Marks*
          Jerry L. Marks