**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 26, 2012, Defendants' Objections and Responses to Plaintiff's First Set of Requests for Admission to All Defendants was served by regular mail and electronic mail to the following:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

                        WILMER CUTLER PICKERING HALE AND DORR LLP.

                        By:   /s/Alanna G. Buchanan
                        Alanna G. Buchanan
                        950 Page Mill Road
                        Palo Alto, CA 94304
                        Telephone: (650) 858-6000
                        Facsimile:  (650) 858-6100
                        alanna.buchanan@wilmerhale.com

                        *Attorney for Defendants Larry A. Goldstone and Clarence G. Simmons, III*