## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2012, Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories to All Defendants was served by regular mail and electronic mail to the following:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

          WILMER CUTLER PICKERING HALE AND DORR LLP.
          By:    /s/Alanna G. Buchanan
          Alanna G. Buchanan
          950 Page Mill Road
          Palo Alto, CA 94304
          Telephone: (650) 858-6000
          Facsimile:  (650) 858-6100
          alanna.buchanan@wilmerhale.com

*Attorney for Defendants Larry A. Goldstone and Clarence G. Simmons, III*