**Tymoczko, Nicholas A.**

**From:** Salter, George A.
**Sent:** Monday, November 12, 2012 12:44 PM
**To:** Feinberg, Ira M.; Tymoczko, Nicholas A.; Clare, James
**Subject:** Fwd: SEC v. Goldstone, et al.


Sent from my iPhone

Begin forwarded message:

> **From:** "McKenna, Stephen C." <McKennaS@SEC.GOV>
> **Date:** November 12, 2012, 9:13:02 AM MST
> **To:** "Valentine, John" <John.Valentine@wilmerhale.com>, "Kasper, Gregory" <KasperG@SEC.GOV>
> **Cc:** "Lee, Randall" <Randall.Lee@wilmerhale.com>, "jmarks@milbank.com" <jmarks@milbank.com>, "RLiubicic@milbank.com" <RLiubicic@milbank.com>, "ASchultz@rodey.com" <ASchultz@rodey.com>, "aschlesinger@milbank.com" <aschlesinger@milbank.com>, "Lamson, Michael" <Michael.Lamson@wilmerhale.com>, "Bliss, Dugan" <BlissD@SEC.GOV>, "Andy Schultz (ASchultz@rodey.com)" <ASchultz@rodey.com>, "Kurzban, Jessica" <Jessica.Kurzban@wilmerhale.com>, "Salter, George A. (george.salter@hoganlovells.com)" <george.salter@hoganlovells.com>
> **Subject:** RE: SEC v. Goldstone, et al.
>
> We have spoken to staff that conducted the investigation and been told that they did not use or rely on Ms. Baucom's or any other KPMG employee's PCAOB testimony in preparing the complaint. The attorneys primarily responsible for drafting the complaint never even reviewed the transcripts. Thus, the PCAOB transcripts are protected from disclosure under 15 USC § 7215(b)(5)(A).
>
> **From:** Valentine, John [mailto:John.Valentine@wilmerhale.com]
> **Sent:** Friday, November 09, 2012 3:25 PM
> **To:** McKenna, Stephen C.; Kasper, Gregory
> **Cc:** Lee, Randall; jmarks@milbank.com; RLiubicic@milbank.com; ASchultz@rodey.com; aschlesinger@milbank.com; Lamson, Michael; Bliss, Dugan; Andy Schultz (ASchultz@rodey.com); Kurzban, Jessica
> **Subject:** RE: SEC v. Goldstone, et al.
>
> Great. The call in is: 505-348-2041.
>
> Who will participate on your end?
>
> **From:** McKenna, Stephen C. [mailto:McKennaS@SEC.GOV]
> **Sent:** Friday, November 09, 2012 5:23 PM
> **To:** Valentine, John; Kasper, Gregory; Kurzban, Jessica
> **Cc:** Lee, Randall; jmarks@milbank.com; RLiubicic@milbank.com; ASchultz@rodey.com; aschlesinger@milbank.com; Lamson, Michael; Bliss, Dugan; Andy Schultz (ASchultz@rodey.com)
> **Subject:** RE: SEC v. Goldstone, et al.
>
> Yes.



EXHIBIT 6

**From:** Valentine, John [mailto:John.Valentine@wilmerhale.com]
**Sent:** Friday, November 09, 2012 3:07 PM
**To:** Kasper, Gregory; Kurzban, Jessica; McKenna, Stephen C.
**Cc:** Lee, Randall; jmarks@milbank.com; RLiubicic@milbank.com; ASchultz@rodey.com; aschlesinger@milbank.com; Lamson, Michael; Bliss, Dugan; Andy Schultz (ASchultz@rodey.com)
**Subject:** RE: SEC v. Goldstone, et al.

Steve and Greg – Judge Browning will be wrapping up his hearing at around 4 pm Mountain time today. Are you available for a telephonic conference on the PCAOB discovery issue at that time?

---

**From:** Kasper, Gregory [mailto:KasperG@SEC.GOV]
**Sent:** Friday, November 09, 2012 2:26 PM
**To:** Kurzban, Jessica; McKenna, Stephen C.
**Cc:** Lee, Randall; Valentine, John; jmarks@milbank.com; RLiubicic@milbank.com; ASchultz@rodey.com; aschlesinger@milbank.com; Lamson, Michael; Bliss, Dugan
**Subject:** RE: SEC v. Goldstone, et al.

All:

I left a voicemail to this effect for John, but, given that this may effect your planning, wanted to pass along that, it appears, the Court is closed on Monday in light of the Veterans' Day Holiday.

http://www.nmcourt.fed.us/web/DCDOCS/dcindex.html

-Greg

---

**From:** Kurzban, Jessica [mailto:Jessica.Kurzban@wilmerhale.com]
**Sent:** Friday, November 09, 2012 9:55 AM
**To:** McKenna, Stephen C.; Kasper, Gregory
**Cc:** Lee, Randall; Valentine, John; jmarks@milbank.com; RLiubicic@milbank.com; ASchultz@rodey.com; aschlesinger@milbank.com; Lamson, Michael; Bliss, Dugan
**Subject:** RE: SEC v. Goldstone, et al.

That works for us. Please use the following dialin: 1-800-227-6333, code: 7125360. Thanks.


"McKenna, Stephen C." <McKennaS@SEC.GOV> wrote:
I am not sure why this is so urgent or could not have been addressed before now, but Greg and I can be available for a short call at 11:45 Mountain. We will need a call in number.

Please add Dugan Bliss to future correspondence. blissd@sec.gov

---

**From:** Kurzban, Jessica [mailto:Jessica.Kurzban@wilmerhale.com]
**Sent:** Thursday, November 08, 2012 11:46 PM
**To:** McKenna, Stephen C.; Kasper, Gregory
**Cc:** Lee, Randall; Valentine, John; 'jmarks@milbank.com' (jmarks@milbank.com) (jmarks@milbank.com); Liubicic, Robert (RLiubicic@milbank.com); Andy Schultz (ASchultz@rodey.com); 'aschlesinger@milbank.com' (aschlesinger@milbank.com); Lamson, Michael
**Subject:** SEC v. Goldstone, et al.

Steve and Greg,

Please see the attached, and let us know your availability to meet and confer tomorrow (Friday, Nov. 9th) any time before noon Pacific. Thanks.

Jessica

**Jessica Freiheit Kurzban | WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
+1 213 443 5360 (t)
+1 213 443 5400 (f)
jessica.kurzban@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.