IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs. Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS, III, and JANE E. STARRETT,

Defendants.

**ENTRY OF APPEARANCE**

COMES NOW Melanie B. Stambaugh of the law firm Rodey, Dickason, Sloan, Akin & Robb, P.A., and enters her appearance as counsel on behalf of Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett in connection with the above-captioned matter.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By * /s/ Melanie B. Stambaugh* .
Bruce Hall
Andrew G. Schultz
Melanie B. Stambaugh
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: bhall@rodey.com
aschultz@rodey.com
mstambaugh@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

-and-

WILMER CUTLER PICKERING HALE & DORR LLP
Randall R. Lee
Jessica Freiheit Kurzban
Peiyin Patty Li
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com

WILMER CUTLER PICKERING HALE & DORR LLP
Alanna G. Buchanan
Joel Fleming
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY & MCCLOY LLP
Jerry L. Marks
Robert J. Liubicic
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:(213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:(212) 530-5000
Facsimile: (212) 530-5219
tarena@milbank.com

*Attorneys for Defendant Jane E. Starrett*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 5, 2012, the foregoing *Entry of Appearance* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities and Exchange Commission
1801 California Street, Suit 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By *__/s/ Melanie B. Stambaugh__*.
Melanie B. Stambaugh