IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                              Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## CERTIFICATE OF SERVICE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certifies that on the **4th** day of January, 2013, Defendants Larry A. Goldstone, Clarence G. Simmons, III and Jane E. Starrett served Defendants' Third Set of Requests for the Production of Documents to Plaintiff Securities and Exchange Commission by electronic mail to the following counsel of record:

| | |
|---|---|
| Michael H. Hoses<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Michael.hoses@usdoj.gov<br><br>Stephen C. McKenna<br>Gregory Kasper<br>Dugan Bliss<br>Securities & Exchange Commission<br>1801 California Street, Suit 1500<br>Denver, CO 80202<br>mckennas@sec.gov<br>kasperg@sec.gov<br>blissd@sec.gov | WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>Randall R. Lee<br>Jessica Freiheit Kurzban<br>Peiyin Patty Li<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Telephone:  (213) 443-5300<br>Facsimile:  (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>patty.li@wilmerhale.com<br><br>WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>John A. Valentine<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone:  (202) 663-6000<br>Facsimile:  (202) 663-6363<br>john.valentine@wilmerhale.com |

| | |
|---|---|
| WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>    Alanna G. Buchanan<br>    Joel Fleming<br>    Chris Johnstone<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:     (650) 858-6000<br>Facsimile:      (650) 858-6100<br>alanna.buchanan@wilmerhale.com<br>joel.fleming@wilmerhale.com<br>chris.johnstone@wilmerhale.com<br><br>MILBANK, TWEED, HADLEY &<br>  MCCLOY LLP<br>    Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Telephone:     (212) 530-5000<br>Facsimile:      (212) 530-5219<br>tarena@milbank.com | MILBANK, TWEED, HADLEY &<br>  MCCLOY LLP<br>    Jerry L. Marks<br>    Robert J. Liubicic<br>    Alisa Schlesinger<br>    Elena Kilberg<br>    Paul M. Torres<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br>Telephone:     (213) 892-4000<br>Facsimile:      (213) 629-5063<br>jmarks@milbank.com<br>rliubicic@milbank.com<br>aschlesinger@milbank.com<br>ekilberg@milbank.com<br>ptorres@milbank.com |

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    /s/ Andrew G Schultz                              .
    Bruce Hall
    Andrew G. Schultz
    Melanie B. Stambaugh
P. O. Box 1888
Albuquerque, NM 87103
Telephone:     (505) 765-5900
Facsimile:      (505) 768-7395
E-mail:          bhall@rodey.com
                aschultz@rodey.com
                mstambaugh@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 4, 2013, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suit 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
Telephone:    (213) 443-5300
Facsimile:    (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Alanna G. Buchanan
    Joel Fleming
    Chris Johnstone
950 Page Mill Road
Palo Alto, California 94304
Telephone:    (650) 858-6000
Facsimile:    (650) 858-6100
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com
chris.johnstone@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363
john.valentine@wilmerhale.com

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
    Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
tarena@milbank.com

MILBANK, TWEED, HADLEY &
  MCCLOY LLP
    Jerry L. Marks
    Robert J. Liubicic
    Alisa Schlesinger
    Elena Kilberg
    Paul M. Torres
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:   (213) 892-4000
Facsimile:    (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com
ptorres@milbank.com


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By    */s/ Andrew G Schultz*                           .
        Andrew G. Schultz