## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2013, Defendants' Objections and Responses to Plaintiff's First Request for the Production of Documents to All Defendants was served by regular mail and electronic mail to the following:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

        WILMER CUTLER PICKERING HALE AND DORR LLP.
        By: ___/s/ Alanna G. Buchanan_____
        Alanna G. Buchanan
        950 Page Mill Road
        Palo Alto, CA 94304
        Telephone: (650) 858-6000
        Facsimile:  (650) 858-6100
        alanna.buchanan@wilmerhale.com

        *Attorney for Defendants Larry A. Goldstone and Clarence G. Simmons, III*