IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                  Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE,
CLARENCE G. SIMMONS, III
and JANE E. STARRETT,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule of Civil Procedure 7.8(b) and in further opposition to the Motion to Dismiss of Jane Starrett, Plaintiff Securities and Exchange Commission submits this Notice of Supplemental Authority to raise with the Court a significant decision that has recently come to its attention.

*SEC v. Familant*, Civil Action No. 12-119 (JEB), 2012 WL 6600339, at ** 9-12 (D.D.C. Dec. 19, 2012), directly challenges the holding in *SEC v. Kelly*, 817 F.Supp.2d 340 (S.D.N.Y. 2011), the principal case upon which Ms. Starrett relies to argue that the Commission's scheme liability claim against her should be dismissed. *See* Defendant Jane Starrett's Reply in Support of Motion to Dismiss (Dkt 57) at 6; Defendant Jane Starrett's Response to the SEC's Surreply on the Issue of Alleged Scheme Liability (Dkt #66) at 3-5.

In the *Familant* decision, Judge Boasberg found that *Kelly* interprets scheme liability too narrowly and was incorrectly decided. *Familant*, at *9. Judge Boasberg holds that he "disagrees with its reasoning . . . ," noting that "this Court cannot square the broad, sweeping language of

1

subsections (a) and (c) [of Rule 10b-5] . . . with the narrow window for 'scheme liability' left open by *Kelly*." *Id*. The decision further explains that "[s]ubsections (a) and (c) of Rule 10b-5, in sum, use broad language, and the text of the Rule and the Supreme Court's precedents offer no justification for limiting the natural reach of that language." *Id.* at * 12.

The Commission has previously explained that it has alleged actions in furtherance of the scheme that are independent of any misstatement, and, accordingly, *Kelly* does not support dismissing the scheme allegations against Ms. Starrett. *See* Plaintiff's Surreply to Defendant Jane Starrett's Reply in Support of Motion to Dismiss (Dkt 63) at 9-10; *see also* Plaintiff's Supplemental Brief in Opposition to Defendants' Motions to Dismiss (Dkt #68) at 9. The *Familant* decision further demonstrates that Ms. Starrett's reliance on *Kelly* is misplaced.

Dated: January 8, 2013

/s/ Gregory A. Kasper
Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
*Attorneys for Plaintiff*
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
Ph. (303) 844-1000
email: mckennas@sec.gov
  kasperg@sec.gov
  blissd@sec.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on January 8, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

  Michael Hoses
  Assistant United States Attorney
  P.O. Box 607
  Albuquerque, NM 87103
  (505) 346-7274
  E-mail: Michael.hoses@usdoj.gov
  *Local Counsel for Plaintiff Securities and Exchange Commission*

  Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
  Joel Fleming (joel.fleming@wilmerhale.com)
  Chris Johnstone (chris.johnstone@wilmerhale.com)
  Wilmer Cutler Pickering Hale and Dorr LLP
  950 Page Mill Road
  Palo Alto, CA 94304
  Phone: (650) 858-6000
  Fax: 650-858-6100

  Randall R. Lee (Randall.lee@wilmerhale.com)
  Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
  Peiyin Patty Li (Patty.li@wilmerhale.com)
  Wilmer Cutler Pickering Hale and Dorr LLP
  350 S. Grand Avenue, Suite 2100
  Los Angeles, CA 90071
  Phone: (213) 443-5360

  John A. Valentine (john.valentine@wilmerhale.com)
  Lauren R. Yates (lauren.yates@wilmerhale.com)
  Michael A. Lamson (michael.lamson@wilmerhale.com)
  Wilmer Cutler Pickering Hale and Dorr LLP
  1875 Pennsylvania Ave., NW
  Washington, DC 20006
  Phone:  (202) 663-6131
  Fax:  (202) 663-6363

  *Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

  Andrew G. Schultz (aschultz@rodey.com)

Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh (mstambaugh@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Paul M. Torres
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*


                                                    /s/ Gregory A. Kasper
                                                    Gregory A. Kasper