IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,                                        No. 1:12-cv-00257-JB-LFG

vs.

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III,
and JANE E. STARRETT,

    Defendants.

## DEFENDANT JANE STARRETT'S RESPONSE TO
## NOTICE OF SUPPLEMENTAL AUTHORITY

In another attempt to salvage its flawed scheme liability claim against Ms. Starrett, the SEC asks the Court to consider SEC v. Familant, 2012 U.S. Dist. LEXIS 179007 (D.D.C. Dec. 19, 2012), without mentioning the illegal scheme conduct at issue there. In Familant, one defendant allegedly issued "sham credits" for a "fake reason" to another defendant's company, which repaid the credits with "hidden disbursements" for "bogus reasons" such as "fictitious repairs." Id. at *1-4. Both defendants *knew* such "billing for phony services" was "illegal" and tried to conceal the fraud by instructing subordinates to "avoid round numbers" in the "fake invoices." Id. at *7. Distinguishing SEC v. Kelly, 817 F. Supp. 2d 340 (S.D.N.Y. 2011), where "[t]here [was] nothing inherently deceptive" about the transactions in question, the Familant court held that this conduct – which "no innocent business dealings could explain" – constituted a scheme because it was deceptive independent of any public misrepresentations about the credits. Familant, 2012 U.S. Dist. LEXIS 179007, at *20-21, *33 ("No matter how accountants recorded them, these transactions would mislead."). As such, Familant is inapposite to the

1

present case, and does not render Ms. Starrett's reliance on Kelly, SEC v. Lucent Techs., Inc., 610 F. Supp. 2d 342 (D.N.J. 2009), or other cases dismissing scheme liability claims "misplaced." Doc. 57 at 4-7; Doc. 66 at 2-10.

Here, the SEC has not alleged *any* such inherently deceptive conduct by Ms. Starrett, much less any such conduct independent of the purported misrepresentations. Familant is thus factually distinguishable and does not support a scheme claim against Ms. Starrett. Far from expanding the scope of scheme liability, Familant reaffirmed the limiting principle followed by Kelly and "[a]t least three circuit courts" that "'scheme liability' is viable only if Rule 10b-5(b) cannot fully cover the deceptive acts – that is, the 'scheme' must include deceptions beyond misrepresentations and omissions." Familant, 2012 U.S. Dist. LEXIS 179007, at *23-24. The SEC has alleged no such "deceptions." The SEC's scheme theory is not actionable under the rule applied in Familant because it is duplicative of the misrepresentation claims and thus fully covered by Rule 10b-5(b).

Dated: January 10, 2013

          MILBANK, TWEED, HADLEY & MCCLOY LLP

          By: /s/ *Jerry L. Marks*
          Jerry L. Marks
          Robert J. Liubicic
          601 S. Figueroa Street, 30th Floor
          Los Angeles, CA 90017
          Telephone: (213) 892-4000
          Facsimile: (213) 629-5063
          E-mail: jmarks@milbank.com
               rliubicic@milbank.com

          -and-

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Bruce Hall
Andrew G. Schultz
Melanie B. Stambaugh
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
E-mail: bhall@rodey.com
aschultz@rodey.com
mstambaugh@rodey.com

*Attorneys for Defendant Jane Starrett*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 10, 2013, Defendant Jane Starrett's Response to Notice of Supplemental Authority was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

| | |
|---|---|
| Michael H. Hoses | Stephen C. McKenna |
| Assistant United States Attorney | Gregory Kasper |
| P.O. Box 607 | Dugan Bliss |
| Albuquerque, NM 87103 | Securities & Exchange Commission |
| Michael.hoses@usdoj.gov | 1801 California Street, Suit 1500 |
| | Denver, CO  80202 |
| | mckennas@sec.gov |
| | kasperg@sec.gov |
| | blissd@sec.gov |
| | |
| WILMER CUTLER PICKERING | WILMER CUTLER PICKERING |
|    HALE & DORR LLP |    HALE & DORR LLP |
| Randall R. Lee | Chris Johnstone |
| Jessica Freiheit Kurzban | Alanna G. Buchanan |
| 350 South Grand Ave., Suite 2100 | Joel Fleming |
| Los Angeles, CA  90071 | 950 Page Mill Road |
| Telephone:    (213) 443-5300 | Palo Alto, California 94304 |
| Facsimile:     (213) 443-5400 | Telephone:    (650) 858-6000 |
| randall.lee@wilmerhale.com | Facsimile:     (650) 858-6100 |
| jessica.kurzban@wilmerhale.com | chris.johnstone@wilmerhale.com |
| | alanna.buchanan@wilmerhale.com |
| | joel.fleming@wilmerhale.com |

WILMER CUTLER PICKERING
   HALE & DORR LLP
      John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:    (202) 663-6000
Facsimile:     (202) 663-6363
john.valentine@wilmerhale.com

MILBANK, TWEED, HADLEY & MCCLOY LLP
By_____*/s/ Jerry L. Marks*_____
        Jerry L. Marks