IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

vs.                                                                    Case Number: 1:12-cv-00257-JB-LFG

LARRY A. GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

      Defendants.

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule of Civil Procedure 7.8(b) and in further support of the Motions to

Dismiss by Larry Goldstone, Clarence Simmons, and Jane Starrett, the Defendants submit this

Notice of Supplemental Authority to provide the Court with a pertinent and significant authority

that has come to their attention.

MHC Mutual Conversion Fund, L.P. v. United Western Bancorp, Inc., No. 11-cv-00624,

2012 WL 6645097 (D. Col. Dec. 19, 2012) – which, like this case, involved allegations that

statements defendants made in relation to an "other-than-temporary impairment" (OTTI)

determination violated the securities laws – provides support for the principle that Defendants'

OTTI judgment was a statement of opinion or belief that cannot support Plaintiff's claims

because the Complaint does not allege "facts showing that the belief was both objectively and

subjectively false at the time the statement was made." See Supplemental Brief in Support of

Motion to Dismiss on Behalf of Defendants Larry Goldstone and Clarence G. Simmons (Dkt

#69) at 2-6 (internal citation omitted).

Specifically, the Court in MHC Mutual Conversion Fund, L.P. concluded that a statement

regarding OTTI is an opinion, not a matter of objective fact, because the "determination of OTTI

reflects the entity's judgment regarding multiple factors." <u>MHC Mutual Conversion Fund, L.P.</u>, at *9.  The court reasoned that the determination of whether an entity expects to recover a security's amortized cost is "dependent upon market forces, market trends, and unknown variables" and concluded "the determination of whether a security's impairment is other-than-temporary is far from objectively determinable." <u>Id.</u>

The court then concluded "plaintiffs asserting claims under the [securities laws] that are based on opinions, must allege that the opinions are objectively <u>and</u> subjectively false." <u>Id.</u> at *11.  In doing so, the court also relied on another recent case that reached the same conclusion. <u>Id.</u> at 10-11 (citing <u>Wolfe v. Aspenbio Pharma, Inc.</u>, 2012 WL 4040344, at *8 (D. Colo. Sept. 13, 2012)).  Because the plaintiffs' complaint was devoid of allegations that the defendants did not believe their statements regarding OTTI were true at the time they were made, the court granted the defendants' motion to dismiss.

Dated: January 11, 2013                  Respectfully submitted,


   /s/ Randall R. Lee
Randall R. Lee
Jessica F. Kurzban
P. Patty Li
WILMER CUTLER PICKERING HALE and DORR LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com


John A. Valentine
WILMER CUTLER PICKERING HALE and DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
john.valentine@wilmerhale.com


Alanna G. Buchanan
WILMER CUTLER PICKERING HALE and DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile:  (650) 858-6100
alanna.buchanan@wilmerhale.com


*Attorneys for Defendants Larry A. Goldstone and
Clarence G. Simmons, III*

-and-

Bruce Hall
Andrew G. Schultz
Melanie B. Stambaugh
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
bhall@rodey.com
aschultz@rodey.com

3

mstambaugh@rodey.com

*Attorneys for Defendants Larry A. Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

-and-

Jerry L. Marks
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000
Facsimile:  (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

*Attorneys for Defendant Jane E. Starrett*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 11, 2013, the foregoing *Notice of Supplemental Authority* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record:

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

RODEY, DICKASON, SLOAN, AKIN &
     ROBB, P.A.
Bruce Hall
Andrew G. Schultz
Melanie B. Stambaugh
P. O. Box 1888
Albuquerque, NM 87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
bhall@rodey.com
aschultz@rodey.com
mstambaugh@rodey.com

MILBANK, TWEED, HADLEY &
     MCCLOY LLP
Jerry L. Marks
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:     (213) 892-4000
Facsimile:      (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

WILMER CUTLER PICKERING HALE
AND DORR LLP

By:  ____/s/ Alanna G. Buchanan_____
Alanna G. Buchanan
950 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:   (650) 858-6100
alanna.buchanan@wilmerhale.com

*Attorneys for Defendants Larry A. Goldstone
and Clarence G. Simmons, III*

1