IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                              No. 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE STARRETT,

    Defendants.

## NOTICE OF ASSOCIATION WITH NON-MEMBER ATTORNEYS AND CERTIFICATE OF GOOD STANDING

       Pursuant to D.N.M.LR-Civ. 83.3(a), W. Spencer Reid of Keleher & McLeod, P.A., who is a member in good standing of the bar of the United States District Court for the District of New Mexico, hereby gives notice of his association with Peter J. Dennin of Hogan Lovells US LLP, 875 Third Avenue, New York, New York, 10022, (212) 918-3000, as co-counsel for non-party KPMG LLP in the above-captioned matter.

       Mr. Reid hereby certifies that Mr. Dennin is a member in good standing of the New York State Bar.

       Mr. Reid further certifies that, contemporaneously with the filing of this notice, Keleher & McLeod has made arrangements with the Clerk of the Court for filing of the fees required in connection with said association.

                                             Respectfully submitted,

                                             KELEHER & MCLEOD, P.A.

                                             By:   /s/ W. Spencer Reid
                                                     W. Spencer Reid
                                                     P.O. Box AA
                                                     Albuquerque, New Mexico 87103
                                                     (505) 346-4646

I hereby certify that on January 25, 2013, I filed the foregoing document through the CM/ECF System, which caused all counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing.

　　/s/ W. Spencer Reid
W. Spencer Reid

176438