IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

vs.

LARRY GOLDSTONE, CLARENCE G.
SIMMONS, III, and JANE E. STARRETT,

          Defendants.

Case Number:
1:12-cv-00257-JB-LFG

**CERTIFICATE OF SERVICE**

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certifies that on the **27th** day of January, 2013, Defendants Larry A. Goldstone, Clarence G. Simmons, III and Jane E. Starrett served Defendants' Third Set of Interrogatories to Plaintiff Securities and Exchange Commission and Defendants' Second Set of Requests for Admission to Plaintiff Securities and Exchange Commission by electronic mail to the following counsel of record:

    Michael H. Hoses
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    Michael.hoses@usdoj.gov

    Stephen C. McKenna
    Gregory Kasper
    Dugan Bliss
    Securities & Exchange Commission
    1801 California Street, Suite 1500
    Denver, CO 80202
    mckennas@sec.gov
    kasperg@sec.gov
    blissd@sec.gov

WILMER CUTLER PICKERING HALE & DORR LLP


By: */s/ Christopher W. Johnstone*
    Christopher W. Johnstone

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 27, 2013, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

<div style="display: flex;">

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

WILMER CUTLER PICKERING
HALE AND DORR LLP
Randall R. Lee
Jessica Freiheit Kurzban
Peiyin Patty Li
350 South Grand Ave., Suite 2100
Los Angeles, CA  90071
Telephone:     (213) 443-5300
Facsimile:      (213) 443-5400
Randall.lee@wilmerhale.com
Jessica.kurzban@wilmerhale.com
Patti.li@wilmerhale.com

WILMER CUTLER PICKERING
HALE & DORR LLP
Christopher W. Johnstone
Alanna G. Buchanan
950 Page Mill Road
Palo Alto, California 94304
Telephone:       (650) 858-6000
Facsimile:         (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com

WILMER CUTLER PICKERING
HALE & DORR LLP
John A. Valentine
April Williams
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6363
john.valentine@wilmerhale.com
april.williams@wilmerhale.com

MILBANK, TWEED, HADLEY
& MCCLOY LLP
Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:   (212) 530-5000
Facsimile:    (212) 530-5219
tarena@milbank.com

</div>

| | |
|---|---|
| MILBANK, TWEED, HADLEY & MCCLOY LLP | RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A. |
| Jerry L. Marks | Bruce Hall |
| Robert J. Liubicic | Andrew G. Schultz |
| Alisa Schlesinger | Melanie B. Stambaugh |
| Elena Kilberg | P.O. Box 1888 |
| Paul M. Torres | Albuquerque, NM 87103 |
| 601 S. Figueroa Street, 30th Floor | Telephone: (505) 765-5900 |
| Los Angeles, CA 90017 | Facsimile: (505) 768-7395 |
| Telephone: (213) 892-4000 | bhall@rodey.com |
| Facsimile: (213) 629-5063 | aschultz@rodey.com |
| jmarks@milbank.com | mstambaugh@rodey.com |
| rliubicic@milbank.com | |
| aschlesinger@milbank.com | |
| ekilberg@milbank.com | |
| ptorres@milbank.com | |

WILMER CUTLER PICKERING HALE & DORR LLP


By: */s/ Christopher W. Johnstone*
   Christopher W. Johnstone