IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY A. GOLDSTONE,<br>CLARENCE G. SIMMONS, III, and<br>JANE E. STARRETT,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil No. 12-cv-00257-JB-LFG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

I hereby certify that on January 30, 2013, PLAINTIFF'S FOURTH SET OF INTERROGATORIES TO ALL DEFENDANTS and PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO ALL DEFENDANTS were served on counsel of record by personal, hand-delivery to the following:

    Randall R. Lee (Randall.lee@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    350 S. Grand Avenue, Suite 2100
    Los Angeles, CA 90071
    *Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

    Andrew G. Schultz (aschultz@rodey.com)
    Rodey, Dickason, Sloan, Akin & Robb, P.A.
    201 3rd Street NW, Suite 2200
    P.O. Box 1888
    Albuquerque, NM 87102
    *Attorneys for Defendant Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*

    Jerry L. Marks (jmarks@milbank.com)
    Milbank, Tweed, Hadley & McCloy LLP
    601 S. Figueroa Street, 30th Floor
    Los Angeles, CA 90017
    *Attorneys for Defendant Jane Starrett*

Dated:  February 1, 2013

        s/ Gregory Kasper
        STEPHEN C. McKENNA
        GREGORY KASPER
        DUGAN BLISS
        Attorneys for Plaintiff
        Securities and Exchange Commission
        1801 California Street, Suite 1500
        Denver, CO  80202
        Ph. (303) 844-1000
        email: mckennas@sec.gov
               kasperg@sec.gov
               blissd@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
E-mail: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Chris Johnstone (chris.johnstone@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Michael A. Lamson (Michael.lamson@wilmerhale.com)
April N. Williams (April.Williams@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Paul M. Torres
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*

        s/ Marla J. Pinkston
        Marla J. Pinkston