IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                     Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

**NOTICE OF WITHDRAWAL OF JOEL FLEMING AS COUNSEL OF RECORD FOR DEFENDANTS LARRY GOLDSTONE AND CLARENCE G. SIMMONS, III**

    Joel Fleming of the law firm of Wilmer Cutler Pickering Hale & Dorr LLP ("Wilmer"). gives notice that he is withdrawing as counsel of record for Defendants Larry Goldstone and Clarence G. Simmons, III. All other attorneys currently listed as counsel of record from Wilmer will remain counsel of record for these Defendants.

                Respectfully submitted,

                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                By:   /s/ *Melanie B. Stambaugh*
                      Bruce Hall
                      Andrew G. Schultz
                      Melanie B. Stambaugh
                P. O. Box 1888
                Albuquerque, NM 87103
                Telephone:   (505) 765-5900
                Facsimile:   (505) 768-7395
                E-mail:   bhall@rodey.com
                          aschultz@rodey.com
                          mstambaugh@rodey.com

                *Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 8, 2013, the foregoing *Notice of Withdrawal of Joel Fleming as Counsel of Record for Defendants Larry Goldstone and Clarence G. Simmons, III* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

| | |
|---|---|
| Michael H. Hoses<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Michael.hoses@usdoj.gov | Stephen C. McKenna<br>Gregory Kasper<br>Dugan Bliss<br>Securities & Exchange Commission<br>1801 California Street, Suit 1500<br>Denver, CO  80202<br>mckennas@sec.gov<br>kasperg@sec.gov<br>blissd@sec.gov |
| WILMER CUTLER PICKERING<br>    HALE & DORR LLP<br>Randall R. Lee<br>Jessica Freiheit Kurzban<br>Peiyin Patty Li<br>350 South Grand Ave., Suite 2100<br>Los Angeles, CA  90071<br>Telephone:   (213) 443-5300<br>Facsimile:    (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>patty.li@wilmerhale.com | WILMER CUTLER PICKERING<br>    HALE & DORR LLP<br>Chris Johnstone<br>Alanna G. Buchanan<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:   (650) 858-6000<br>Facsimile:    (650) 858-6100<br>alanna.buchanan@wilmerhale.com<br>joel.fleming@wilmerhale.com |
| WILMER CUTLER PICKERING<br>    HALE & DORR LLP<br>John A. Valentine<br>April N. Williams<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:   (202) 663-6000<br>Facsimile:    (202) 663-6363<br>john.valentine@wilmerhale.com | MILBANK, TWEED, HADLEY &<br>    MCCLOY LLP<br>Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>tarena@milbank.com |

    MILBANK, TWEED, HADLEY &
      MCCLOY LLP
         Jerry L. Marks
         Robert J. Liubicic
         Alisa Schlesinger
         Elena Kilberg
         Paul M. Torres
    601 S. Figueroa Street, 30th Floor
    Los Angeles, CA  90017
    Telephone:     (213) 892-4000
    Facsimile:      (213) 629-5063
    jmarks@milbank.com
    rliubicic@milbank.com
    aschlesinger@milbank.com
    ekilberg@milbank.com
    ptorres@milbank.com


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   */s/ Melanie B. Stambaugh*
     Melanie B. Stambaugh