IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LARRY A. GOLDSTONE, )<br>CLARENCE G. SIMMONS, III, and )<br>JANE E. STARRETT, )<br>)<br>Defendants. )<br>) | Civil No. 12-cv-00257-JB-LFG |

**NOTICE OF SERVICE**

I hereby certify that on 22 February 2013, Plaintiffs Second Amended Exhibit 1 to its

Rule 26 disclosures was served on counsel of record by e-mail:

Randall R. Lee (Randall.lee@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendant Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*

Jerry L. Marks (jmarks@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
*Attorneys for Defendant Jane Starrett*

Dated:  February 22, 2013

                                            s/ Stephen C. McKenna
STEPHEN C. McKENNA
GREGORY KASPER
DUGAN BLISS
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Ph. (303) 844-1000
email: mckennas@sec.gov
       kasperg@sec.gov
       blissd@sec.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

    Michael Hoses
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    (505) 346-7274
    E-mail: Michael.hoses@usdoj.gov
    *Local Counsel for Plaintiff Securities and Exchange Commission*

    Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
    Joel Fleming (joel.fleming@wilmerhale.com)
    Chris Johnstone (chris.johnstone@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    950 Page Mill Road
    Palo Alto, CA 94304
    Phone: (650) 858-6000
    Fax: 650-858-6100

    Randall R. Lee (Randall.lee@wilmerhale.com)
    Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
    Peiyin Patty Li (Patty.li@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    350 S. Grand Avenue, Suite 2100
    Los Angeles, CA 90071
    Phone: (213) 443-5360

    John A. Valentine (john.valentine@wilmerhale.com)
    Lauren R. Yates (lauren.yates@wilmerhale.com)
    Michael A. Lamson (Michael.lamson@wilmerhale.com)
    April N. Williams (April.Williams@wilmerhale.com)
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave., NW
    Washington, DC 20006
    Phone:  (202) 663-6000
    Fax:  (202) 663-6363

    *Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Paul M. Torres
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*


                                                                          s/ Marla J. Pinkston
                                                                          Marla J. Pinkston