IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

LARRY GOLDSTONE, CLARENCE G.
SIMMONS, III, and JANE E. STARRETT,

        Defendants.

Case Number:
1:12-cv-00257-JB-LFG

## CERTIFICATE OF SERVICE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certifies that on the **28th** day of February, 2013, Defendants Larry A. Goldstone, Clarence G. Simmons, III and Jane E. Starrett served Defendants' Objections and Responses to Plaintiff's Second Request for the Production of Documents to All Defendants and Defendants' Objections and Responses to Plaintiff's Third Set of Interrogatories to All Defendants by electronic mail to the following counsel of record:

    Michael H. Hoses
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, NM 87103
    michael.hoses@usdoj.gov

    Stephen C. McKenna
    Gregory Kasper
    Dugan Bliss
    Securities & Exchange Commission
    1801 California Street, Suite 1500
    Denver, CO 80202
    mckennas@sec.gov
    kasperg@sec.gov
    blissd@sec.gov

WILMER CUTLER PICKERING HALE & DORR LLP


By: */s/ April N. Williams*
    April N. Williams

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2013, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

| | |
|---|---|
| Michael H. Hoses<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>michael.hoses@usdoj.gov | WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>Christopher W. Johnstone<br>Alanna G. Buchanan<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:     (650) 858-6000<br>Facsimile:      (650) 858-6100<br>chris.johnsone@wilmerhale.com<br>alanna.buchanan@wilmerhale.com |
| Stephen C. McKenna<br>Gregory Kasper<br>Dugan Bliss<br>Securities & Exchange Commission<br>1801 California Street, Suite 1500<br>Denver, CO 80202<br>mckennas@sec.gov<br>kasperg@sec.gov<br>blissd@sec.gov | |
| | WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>John A. Valentine<br>Michael A. Lamson<br>April N. Williams<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone:   (202) 663-6000<br>Facsimile:   (202) 663-6363<br>john.valentine@wilmerhale.com<br>michael.lamson@wilmerhale.com<br>april.williams@wilmerhale.com |
| WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>Randall R. Lee<br>Jessica Freiheit Kurzban<br>Peiyin Patty Li<br>350 South Grand Ave., Suite 2100<br>Los Angeles, CA  90071<br>Telephone:     (213) 443-5300<br>Facsimile:     (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>patti.li@wilmerhale.com | |
| | MILBANK, TWEED, HADLEY<br>& MCCLOY LLP<br>Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Telephone:   (212) 530-5000<br>Facsimile:    (212) 530-5219<br>tarena@milbank.com |

| | |
|---|---|
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>    Jerry L. Marks<br>    Robert J. Liubicic<br>    Alisa Schlesinger<br>    Elena Kilberg<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017<br>Telephone:   (213) 892-4000<br>Facsimile:   (213) 629-5063<br>jmarks@milbank.com<br>rliubicic@milbank.com<br>aschlesinger@milbank.com<br>ekilberg@milbank.com | RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.<br>Bruce Hall<br>Andrew G. Schultz<br>Melanie B. Stambaugh<br>P.O. Box 1888<br>Albuquerque, NM 87103<br>Telephone:   (505) 765-5900<br>Facsimile:   (505) 768-7395<br>bhall@rodey.com<br>aschultz@rodey.com<br>mstambaugh@rodey.com |

WILMER CUTLER PICKERING HALE & DORR LLP


By: */s/ April N. Williams*
    April N. Williams

4