IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                    Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## CERTIFICATE OF SERVICE

Pursuant to D.N.M. LR-Civ. 26.2, the undersigned certifies that on the **6th** day of March, 2013, Defendant Jane E. Starrett served by electronic mail the Amended Initial Disclosures of Defendant Jane E. Starrett Pursuant to Fed. R. Civ. P. 26(a)(1) to the following counsel of record:

| | |
|---|---|
| Michael H. Hoses<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Michael.hoses@usdoj.gov | WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>Randall R. Lee<br>Jessica Freiheit Kurzban<br>Peiyin Patty Li<br>350 South Grand Avenue, Suite 2100 |
| Stephen C. McKenna<br>Gregory Kasper<br>Dugan Bliss<br>Securities & Exchange Commission<br>1801 California Street, Suit 1500<br>Denver, CO  80202<br>mckennas@sec.gov<br>kasperg@sec.gov<br>blissd@sec.gov | Los Angeles, CA  90071<br>Telephone:    (213) 443-5300<br>Facsimile:     (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>patty.li@wilmerhale.com<br><br>WILMER CUTLER PICKERING<br>  HALE & DORR LLP<br>John A. Valentine<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:    (202) 663-6000<br>Facsimile:     (202) 663-6363<br>john.valentine@wilmerhale.com |

WILMER CUTLER PICKERING
  HALE & DORR LLP
      Chris Johnstone
      Alanna G. Buchanan
      Joel Fleming
950 Page Mill Road
Palo Alto, CA  94304
Telephone:     (650) 858-6000
Facsimile:     (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

RODEY, DICKASON, SLOAN,
 AKIN & ROBB, P.A.
      Bruce Hall
      Andrew G. Schultz
      Melanie Stambaugh
P. O. Box 1888
Albuquerque, NM  87103
Telephone:     (505) 765-5900
Facsimile:     (505) 768-7395
bhall@rodey.com
aschultz@rodey.com
mstambaugh@rodey.com


MILBANK, TWEED, HADLEY & MCCLOY LLP

By     */s/ Jerry L. Marks*
        Jerry L. Marks

2

Case 1:12-cv-00257-JB-LFG Document 150 Filed 03/06/13 Page 3 of 3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 6, 2013, the foregoing *Certificate of Service* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suit 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Randall R. Lee
    Jessica Freiheit Kurzban
    Peiyin Patty Li
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com
patty.li@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Chris Johnstone
    Alanna G. Buchanan
    Joel Fleming
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com
joel.fleming@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
John A. Valentine
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com

RODEY, DICKASON, SLOAN,
AKIN & ROBB, P.A.
    Bruce Hall
    Andrew D. Schultz
    Melanie Stambaugh
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
bhall@rodey.com
aschultz@rodey.com
mstambaugh@rodey.com

MILBANK, TWEED, HADLEY & MCCLOY LLP

By   */s/ Jerry L. Marks*
        Jerry L. Marks

4