IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 12-cv-00257-JB-LFG |
| | ) |
| LARRY A. GOLDSTONE, | ) |
| CLARENCE G. SIMMONS, III, and | ) |
| JANE E. STARRETT, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I hereby certify that on March 8, 2013, PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF REQUESTS FOR ADMISSION and PLAINTIF SECURITIES AND EXCHANGE COMMISSION'S OBJECTIONS AND RESPONSES TO DEFENDANTS' THIRD AND FOURTH SETS OF INTERROGATORIES were served by e-mail to all counsel of record.

Dated:  March 12, 2013

                                                        s/ Stephen C. McKenna
                                                        STEPHEN C. McKENNA
                                                        GREGORY KASPER
                                                        DUGAN BLISS
                                                        Attorneys for Plaintiff
                                                        Securities and Exchange Commission
                                                        1801 California Street, Suite 1500
                                                        Denver, CO  80202
                                                        Ph. (303) 844-1000
                                                        email: mckennas@sec.gov
                                                                        kasperg@sec.gov
                                                                        blissd@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
E-mail: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Chris Johnstone (chris.johnstone@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Michael A. Lamson (Michael.lamson@wilmerhale.com)
April N. Williams (April.Williams@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone: (202) 663-6000
Fax: (202) 663-6363

*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Paul M. Torres
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*


                                                  s/ Marla J. Pinkston
                                                  Marla J. Pinkston