IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                                          No. CIV 12-257 JB/LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## ORDER GRANTING PARTIES' JOINT MOTION
## TO MODIFY SCHEDULING ORDER

THIS MATTER came before the Court on the parties' joint motion to modify Scheduling Order to revise the deadline for filing motions relating to fact discovery. Pursuant to D.N.M. LR-Civ. 16.1, the parties jointly move to modify this Court's Scheduling Order [Doc. 54] entered on July 11, 2012. Having found good cause to modify the Scheduling Order, the Court finds that the parties' motion is well taken and should be granted.

THE COURT HEREBY ORDERS that the deadline for filing motions relating to fact discovery is extended to 60 days after the Court files a memorandum opinion deciding the last of the Defendants' motions to dismiss. All other pretrial deadlines will remain the same.

                                                            _____
                                                               UNITED STATES DISTRICT JUDGE

APPROVED:

    WILMER CUTLER PICKERING HALE & DORR LLP

    By    /s/ Christopher W. Johnstone    .
            Christopher W. Johnstone

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

    MILBANK, TWEED, HADLEY & MCCLOY LLP

    By    /s/ Alisa Schlesinger    .
            Alisa Schlesinger

*Attorneys for Defendant Jane E. Starrett*

    RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

    By    /s/ Andrew G. Schultz    .
            Andrew G. Schultz

*Attorneys for Defendants*

    SECURITIES & EXCHANGE COMMISSION

    By    /s/ Stephen C. McKenna    .
            Stephen C. McKenna

*Attorneys for Plaintiff Securities & Exchange Commission*