IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.                                                   No. CIV 12-0257 JB/LFG

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

        Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Permission to File Surreply or, in the Alternative, for the Court to Disregard New Arguments Raised in Defendant Jane Starrett's Reply in Support of Motion to Dismiss, filed July 28, 2012 (Doc. 61)("Motion"). The Court held a hearing on July 31, 2012. For reasons stated on the record at the hearing, the Motion is granted.

**IT IS ORDERED** that the Plaintiff's Motion for Permission to File Surreply or, in the Alternative, for the Court to Disregard New Arguments Raised in Defendant Jane Starrett's Reply in Support of Motion to Dismiss, filed July 28, 2012 (Doc. 61), is granted, and Plaintiff Securities and Exchange Commission may file a surreply.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzalez
  United States Attorney
Michael H. Hoses
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

-- and --

Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Ian S. Karpel
Securities & Exchange Commission
Denver, Colorado

    *Attorneys for Plaintiff Securities and Exchange Commission*

Chris Johnstone
Alanna G. Buchanan
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Palo Alto, California

-- and --

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

John Valentine
Lauren R. Yates
Michael A. Lamson
April N. Williams
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Washington, D.C.

-- and --

Peiyin Patty Li
Randall Lee
Jessica Kurzban
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Los Angeles, California

    *Attorneys for Defendants Larry A. Goldstone and Clarence G. Simmons, III*

Jerry L. Marks
Paul M. Torres
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
Milbank, Tweed, Hadley & McCloy, LLP
Los Angeles, California

-- and --

Thomas Arena
Milbank, Tweed, Hadley & McCloy, LLP
New York, New York

-- and --

Andrew G. Schultz
Bruce D. Hall
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

   *Attorneys for Defendant Jane E. Starrett*