IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

vs.                                                                               CIVIL NO. 12-257 (JB-LFG )

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

       Defendants.

## PLAINTIFF'S RESPONSE TO
## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

      Defendants submit *SEC v. Benger*, No. 09 C 676, 2013 U.S. Dist. LEXIS 39203 (N.D. Ill. Mar. 21, 2013), in support of its flawed argument that Plaintiff's scheme claim against Ms. Starrett is deficient.

      As an initial matter, Ms. Starrett mischaracterizes the case's holding, stating that *Benger* holds "that a scheme claim must encompass *inherently deceptive conduct* beyond misrepresentations and not merely 'activities' in furtherance thereof." (Notice at 1 (emphasis in original).) The case, however, never uses the words "inherently deceptive"; "activities" is explicitly limited to "activities designed to conceal the scheme"; and the case, in fact, merely recites that "other Circuits have determined that a defendant may only be liable as part of a fraudulent scheme based upon misrepresentations and omissions under *Rules 10b-5(a) or (c)* when the scheme also encompasses conduct beyond those misrepresentations or omissions." *Benger*, at *14 (emphasis in orginal). As we have previously explained, the Complaint here

1

alleges significant such conduct in furtherance of the scheme, including withholding information from Thornburg's auditors.  (*See*, *e.g.*, Plaintiff's Surreply to Defendant Jane Starrett's Reply in Support of Motion to Dismiss (Dkt. #63) at 3-4.)

Moreover, *Benger* is readily factually distinguishable.  The *Benger* court describes its purported scheme as involving "a single misrepresentation regarding commissions and concealing the identities of participants . . ." and, in contrast to cases in which scheme liability had been found proper, notes the "comparative simplicity of the scheme charged in the instant case. . . ." *Benger*, at ** 17, 20.  Here, there can be no doubt that Defendants' scheme was a complicated one:  among other things, it involved "purposefully" withholding information from Thornburg's auditors, filing the Form 10-K in a brief window in which margin calls were satisfied, and then quickly seeking to raise money based upon the misleading Form 10-K.

DATED this 1st day of April, 2013

s/ Gregory  A. Kasper
Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Ph. (303) 844-1000
email:
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
E-mail: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Chris Johnstone (chris.johnstone@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Michael A. Lamson (Michael.lamson@wilmerhale.com)
April N. Williams (April.Williams@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*


                                                        s/ Marla J. Pinkston
                                                       Marla J. Pinkston