IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

vs.                                                                                                                                        CIVIL NO. 12-257 (JB-LFG )

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

        Defendants.

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

        Defendants submit *SEC v. St. Anselm Exploration Co.*, 11-cv-00668, 2013 U.S. Dist. LEXIS 45547 (D. Colo. Mar. 29, 2013), in support of the proposition that there is some "emerging consensus" that scheme liability requires conduct in addition to any misrepresentations alleged. (Notice at 1.) However, this is not in dispute. As Plaintiff has previously stated, "at most, the cases require that in order to allege scheme liability a plaintiff must prove some conduct beyond the misrepresentations to investors." (Plaintiff's Surreply to Defendant Jane Starrett's Reply in Support of Motion to Dismiss (Dkt # 63), at 9.) *St. Anselm* is nothing more than a case applying this standard, on different facts, and concluding that it was not satisfied.

        By contrast, Plaintiff has plainly alleged such conduct here. Among other things, the Commission has plainly alleged that Ms. Starrett made misrepresentations to Thornburg's auditors, conduct that is both inherently deceptive and in addition to the misrepresentations in the

1

Thornburg 2007 Form 10-K.  (*See id.* at 7-8 (citing *SEC v. Kearns*, 691 F. Supp. 2d 601, 618 (D.N.J. 2010)).)  Nothing in the *St. Anselm* decision suggests that such conduct cannot be the basis for scheme liability.

Indeed, *St. Anselm* is readily distinguishable.  In that case, the court noted that "[t]he only way in which [the actions] might be conceived to be deceptive is by virtue of the SEC's contention that they bolstered the allegedly false impression created by defendants' misrepresentations and omissions which form the basis of the 10b-5(b) and section 17(a)(1) claims." *St. Anselm*, at *45.  By contrast, Plaintiff here alleged that the Defendants were engaged in a scheme to raise additional liquidity and took actions – "purposefully" withholding information from Thornburg's auditors, filing the Form 10-K in a brief window in which margin calls were satisfied, and then quickly seeking to raise money based upon the misleading Form 10-K – that were deceptive independent of the Thornburg 2007 Form 10-K.

DATED this 8th day of April, 2013

s/ Gregory  A. Kasper
Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Ph. (303) 844-1000
email:
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
E-mail: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Chris Johnstone (chris.johnstone@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Michael A. Lamson (Michael.lamson@wilmerhale.com)
April N. Williams (April.Williams@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363

*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)
Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*

                                                                s/ Gregory A. Kasper
                                                                Gregory A. Kasper