# Exhibit D

Entered: October 28, 2009    Case 09-17787   Doc 506   Filed 10/28/09   Page 1 of 3
Signed: October 28, 2009
**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| IN RE<br><br>TMST, Inc., *f/k/a,*<br>Thornburg Mortgage, Inc., *et. al.,*[1]<br><br>Debtor. | BANKRUPTCY CASE NO:<br><br>09-17787-DWK<br><br>Chapter 11 Cases<br>(Jointly Administered) |

## ORDER APPROVING APPOINTMENT
## OF JOEL I. SHER AS CHAPTER 11 TRUSTEE

Upon consideration of the Application of the United States Trustee for Entry of an Order Approving the Appointment of Joel I. Sher as Chapter 11 Trustee, finding good cause therein, and that the United States Trustee has complied with Bankruptcy Rule 2007.1 and 11 U.S.C. § 1104(d), it is, by the United States Bankruptcy Court for the District of Maryland, Baltimore Division,

**ORDERED**, that the Application is hereby granted; and it is further

**ORDERED**, that the appointment of Joel I. Sher as Chapter 11 trustee in the

---

[1] The Debtors in these Chapter 11 cases are (i) TMST, Inc. *f/k/a* Thornburg Mortgage, Inc. or TMA; (ii) Adfitech, Inc.; (iii) Thornburg Acquisition Subsidiary, Inc.; (iv) Thornburg Mortgage Home Loans, Inc.,; and (v) Thornburg Mortgage Hedging Strategies, Inc.

following cases:

- *In re TMST, Inc. f/k/a Thornburg Mortgage, Inc.*, Case No. 09-17787;

- *In re TMST Acquisition Subsidiary, Inc., f/k/a Thornburg Acquisition Subsidiary, Inc.*, Case No. 09-17790;

- *In re TMST Home Loans, Inc., f/k/a Thornburg Mortgage Home Loans, Inc.*, Case No. 09-17791; and

- *In re TMST Hedging Strategies, Inc., f/k/a Thornburg Hedging Strategies, Inc.*, Case No. 09-17792,

is hereby approved, and that Joel I. Sher shall qualify by posting a bond in the amount of $25,000,000, as directed by the United States Trustee.

cc:

John P. Amato
Hugh M. Bernstein
Todd Michael Brooks
Frederick W. H. Carter
Maria Ellena Chavez-Ruark
Gregory Cross
Deborah H. Devan
Stephen K. Gallagher
Edmund A. Goldberg
Charles R. Goldstein
Alan M. Grochal
Joyce A. Kuhns
Joseph Orbach
William P. Pearce
David E. Rice
Susan Jaffe Roberts
Alison M.C. Schrag
Jeffrey L. Schwartz
Dennis J. Shaffer
Sumeet Sharma
Bradley J. Swallow

Richard Wasserman

**[END OF ORDER]**