IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                             Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE,
CLARENCE G. SIMMONS, III
and JANE E. STARRETT,

    Defendants.

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule of Civil Procedure 7.8(b) and in further opposition to the Defendants' Motions to Dismiss of Defendants, Plaintiff Securities and Exchange Commission submits this Notice of Supplemental Authority to raise with the Court a significant decision that has recently been decided.

*SEC v. Syron*, No. 11 Civ. 9201 (RJS), 2013 WL 1285572 (S.D.N.Y. March 28, 2013) supports two positions taken by the SEC in its oppositions to Defendants' Motions to Dismiss. The first is that a public filing adequately alleges a misrepresentation if an investor could plausibly be misled, even if Defendants have an equally plausible reading that would not mislead. *Syron*, 2013 WL 1285572 at *15-16 (finding that even if Defendants understood and used the term "subprime" in a narrow manner, that did not mean disclosures were not misleading if investors could have plausibly interpreted the term more broadly).  Similarly, even if Defendants claim that they had the intent and ability to hold Thornburg's Purchased ARM Securities because they had undocumented agreements with lenders to forbear selling the securities (a contention we do not find plausible), a misrepresentation has been alleged if it is plausible that an investor would

believe Thornburg did not have the ability to hold because Thornburg's lenders had the right to sell the securities.

Secondly, *Syron* reiterates the "well settled" law "that so called 'half truths'—literally true statements that create a materially misleading impression—will support claims for securities fraud." *Id.* at *17, quoting *SEC v. Gabelli*, 653 F.3d 49, 57 (2d Cir. 2011).  Thus, Freddie Mac's accurate quantification of certain subprime loans did not excuse its suggestion that it had no other subprime exposure.  *Id*.  Likewise, Thornburg's disclosure of impairments to its Purchased ARM Securities as an unrealized loss on its balance sheet does not excuse its failure to realize that loss on its income statement, and its disclosure of having successfully met margin calls, even if true, does not excuse its failure to state that it had only done so through lender forbearance.

Dated:  April 22, 2013

/s/ Stephen C. McKenna  
Stephen C. McKenna  
Gregory A. Kasper  
Dugan Bliss  
*Attorneys for Plaintiff*  
Securities and Exchange Commission  
1801 California Street, Suite 1500  
Denver, CO  80202  
Ph. (303) 844-1000  
email:  mckennas@sec.gov  
           kasperg@sec.gov  
           blissd@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274
E-mail: Michael.hoses@usdoj.gov
*Local Counsel for Plaintiff Securities and Exchange Commission*

Alanna G. Buchanan (alanna.buchanan@wilmerhale.com)
Joel Fleming (joel.fleming@wilmerhale.com)
Chris Johnstone (chris.johnstone@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 858-6000
Fax: 650-858-6100

Randall R. Lee (Randall.lee@wilmerhale.com)
Jessica F. Kurzban (Jessica.kurzban@wilmerhale.com)
Peiyin Patty Li (Patty.li@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
350 S. Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 443-5360

John A. Valentine (john.valentine@wilmerhale.com)
Lauren R. Yates (lauren.yates@wilmerhale.com)
Michael A. Lamson (michael.lamson@wilmerhale.com)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Phone:  (202) 663-6131
Fax:  (202) 663-6363

*Attorneys for Defendant Larry Goldstone and Clarence Simmons, III*

Andrew G. Schultz (aschultz@rodey.com)

Bruce D. Hall (bhall@rodey.com)
Melanie B. Stambaugh (mstambaugh@rodey.com)
Rodey, Dickason, Sloan, Akin & Robb, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
*Attorneys for Defendants Larry Goldstone, Jane E. Starrett and Clarence Simmons, III*


Jerry L. Marks (jmarks@milbank.com)
Alisa Schlesinger (aschlesinger@milbank.com)
Elena Kilberg (ekilberg@milbank.com)
Robert J. Liubicic (rliubicic@milbank.com)
Paul M. Torres
Milbank, Tweed, Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Phone (213) 892-4000
Fax:  (213) 892-5063

Thomas Arena (tarena@milbank.com)
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Fax:  (212) 530-5219

*Attorneys for Defendant Jane Starrett*

        /s/ Marla Pinkston
        Marla Pinkston