IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                     Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

*SEC v. Syron* is readily distinguishable from this case. In *Syron*, the SEC alleged, and the Court accepted for purposes of deciding the motion to dismiss, that Freddie Mac's disclosures were ambiguous, obscuring between $135 billion and $238 billion in subprime MBS exposure. No. 11 Civ. 9201, 2013 WL 1285572, at *4, 17 (S.D.N.Y. Mar. 28, 2013) (statements "reinforce[ed]…misimpress[ions]" about risk to investors).

This case bears no resemblance to *Syron*. Here, the SEC challenges the validity of Thornburg's other-than-temporary impairment ("OTTI") analysis. *See, e.g.*, Compl. ¶¶ 8, 50-56, 71. Unlike the factual and readily verifiable disclosures in *Syron*, the OTTI-related disclosures here were statements of *opinion* reflecting a complex, subjective and forward-looking accounting judgment. To establish that Thornburg's OTTI disclosures were misleading, Plaintiff must show that the OTTI judgment was both objectively and subjectively false.[1] There was no such issue in *Syron*.

In addition, Thornburg's Form 10-K made crystal clear not only the company's unrealized losses (approximately $428 million), but also the associated risks, disclosing, among

---

[1] As set forth in Defendants' briefing on their motions to dismiss, the Complaint's allegations in this regard do not state a claim under the securities laws. *See* [Doc. 35 at 43-47.]

other things, (1) Thornburg's diminished liquidity as a result of meeting margin calls "in excess of $300 million" in the two weeks preceding the 10-K filing, (2) the risk of receiving additional margin calls Thornburg could not repay, and (3) the possible "need to sell assets under adverse market conditions or at losses[.]" *See* Form 10-K (Feb. 28, 2008), [Doc. 37, Ex. 2 at 36-37, 48-49]. Unlike in *Syron*, these risks were so starkly conveyed to the market that Thornburg's stock price immediately declined 18% and repo lenders reacted by issuing $157,500,000 in margin calls the very day the 10-K was filed. *See* [Doc. 35 at 21-22]; Compl. ¶¶ 9, 41, 91.

Contrary's to Plaintiff's unsupported characterizations, this is not a case of "half-truths" or understating risks. *Syron* is inapposite and lends no support to Plaintiff's speculative claims.

Respectfully Submitted,

WILMER CUTLER PICKERING HALE & DORR LLP

*/s/ Christopher W. Johnstone* .
Christopher W. Johnstone
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY & MCCLOY LLP

*/s/ Jerry L. Marks* .
Jerry L. Marks
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

      Facsimile:  (213) 629-5063
      jmarks@milbank.com

      *Attorneys for Defendant Jane E. Starrett*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


      */s/ Andrew G. Schultz*                                                          .
Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
aschultz@rodey.com
bhall@rodey.com

*Attorneys for Defendants Jane E. Starrett, Larry Goldstone, and Clarence G. Simmons, III*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 29, 2013, Defendants' Response to Plaintiff's Notice of Supplemental Authority was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

MILBANK, TWEED, HADLEY &
   MCCOY LLP

   Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:     (212) 530-5000
Facsimile:      (212) 530-5219
tarena@milbank.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    John A. Valentine
    April N. Williams
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com
april.williams@wilmerhale.com

MILBANK, TWEED, HADLEY &
   MCCLOY LLP

Jerry L. Marks
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:     (213) 892-4000
Facsimile:      (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Randall R. Lee
    Jessica F. Kurzban
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Chris Johnstone
    Alanna G. Buchanan
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com

alanna.buchanan@wilmerhale.com

Andrew G. Schultz
Bruce D. Hall
Melanie B. Stambaugh
RODEY, DICKASON, SLOAN, AKIN &
ROBB, P.A.
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
aschultz@rodey.com
bhall@rodey.com


By:    */s/ Christopher W. Johnstone*
      Christopher W. Johnstone