IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                      No. CIV 12-257 JB/LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY PAGE LIMITS FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER came before the Court on the parties' joint motion to modify the page limits for Defendants' upcoming motions for summary judgment. Having found good cause to modify the page limits set forth in D.N.M. LR-Civ. 7.5 and D.N.M. LR-Civ. 10.5, the Court finds that the parties' motion is well taken and should be granted.

THE COURT HEREBY ORDERS that Defendants Goldstone and Simmons shall be permitted to file a combined memorandum in support of their motion for summary judgment not to exceed 90 pages in length and that Defendant Starrett shall be permitted to file a memorandum in support of her motion for summary judgment not to exceed 60 pages in length.

IT IS FURTHER ORDERED that Plaintiff shall be permitted to file an opposition brief in response to Defendants Goldstone and Simmons' motion for summary judgment not to exceed 90 pages in length and an opposition brief in response to Defendant Starrett's motion for summary judgment not exceed 60 pages in length.

IT IS FURTHER ORDERED that Defendants Goldstone and Simmons shall be permitted to file a combined reply brief not to exceed 40 pages in length and Defendant Starrett shall be permitted to file a reply brief not to exceed 30 pages.

IT IS FURTHER ORDERED that in support of Defendants' motions for summary judgment, Defendants may file a joint separate statement of undisputed material facts ("Joint Statement") not to exceed 150 pages as measured in standard pleading format.  In opposition to Defendants' motions for summary judgment, Plaintiff may file a statement responding to the Joint Statement ("Response to Joint Statement") with no page limit.  Plaintiff may also file a statement of additional facts ("Plaintiff's Additional Facts") not to exceed 75 pages as measured in standard pleading format.  In reply to Plaintiff's opposition to Defendants' motions for summary judgment, Defendants may file a joint statement replying to the Response to Joint Statement ("Reply in Support of Joint Statement") with no page limit.  Defendants may also file a joint statement responding to Plaintiff's Additional Facts ("Response to Plaintiff's Additional Facts") with no page limit.

IT IS FURTHER ORDERED that the parties shall be permitted to attach exhibits to the briefing relating to Defendants' upcoming motions for summary judgment with no page limitation.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

APPROVED:

WILMER CUTLER PICKERING HALE & DORR LLP

By  /s/ Christopher W. Johnstone
   Christopher W. Johnstone

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By  /s/ Jerry L. Marks
   Jerry L. Marks

*Attorneys for Defendant Jane E. Starrett*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Andrew G. Schultz
   Andrew G. Schultz

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

SECURITIES & EXCHANGE COMMISSION

By  /s/ Stephen C. McKenna
   Stephen C. McKenna

*Attorneys for Plaintiff Securities & Exchange Commission*