IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                  Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## NOTICE OF EXTENSION OF BRIEFING DEADLINES

As required by D.N.M. LR-Civ. 7.4(a), the parties give notice that they have agreed to extend the time for completing the briefing related to the Commission's responses to Defendants' First Set of Requests for the Production of Documents. The parties have agreed that any motions to compel will be due August 6, 2013, oppositions will be due September 6, 2013, and replies will be due October 4, 2013.

                                    WILMER CUTLER PICKERING HALE & DORR LLP

                                    /s/ *Christopher W. Johnstone*
                                  Christopher W. Johnstone
                                  950 Page Mill Road
                                  Palo Alto, CA 94304
                                  Telephone: (650) 858-6147
                                  Facsimile: (650) 8586100
                                  chris.johnstone@wilmerhale.com

                                  *Attorneys for Defendants Larry Goldstone and Clarence*
                                  *G. Simmons, III*

MILBANK, TWEED, HADLEY & MCCLOY LLP


   /s/ *Jerry L. Marks*
Jerry L. Marks
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com

*Attorneys for Defendant Jane E. Starrett*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


   /s/ *Andrew G. Schultz*
Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
aschultz@rodey.com
bhall@rodey.com

*Attorneys for Defendants Jane E. Starrett, Larry Goldstone, and Clarence G. Simmons, III*


SECURITIES & EXCHANGE COMMISSION


   /s/ *Stephen C. McKenna*
Stephen C. McKenna
1801 California Street, Suite 1500
Denver, CO 80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068
mckennas@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 23, 2013, the parties' Notice of Extension of Briefing Deadlines was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov

MILBANK, TWEED, HADLEY &
    MCCLOY LLP
Jerry L. Marks
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:    (213) 892-4000
Facsimile:    (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

MILBANK, TWEED, HADLEY &
    MCCOY LLP
    Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219
tarena@milbank.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Randall R. Lee
    Jessica F. Kurzban
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    John A. Valentine
    April N. Williams
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com
april.williams@wilmerhale.com

WILMER CUTLER PICKERING
  HALE & DORR LLP
    Chris Johnstone
    Alanna G. Buchanan
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com

2

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
  Andrew G. Schultz
  Bruce D. Hall
  Melanie B. Stambaugh
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
aschultz@rodey.com
bhall@rodey.com
mstambaugh@rodey.com


By:   */s/ April N. Williams*
     April N. Williams