IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

            vs.                    No. CIV 12-257 JB/LFG

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

      Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO MOVE TO ALTER OR AMEND JUDGMENT

THIS MATTER comes before the Court on Plaintiff Securities and Exchange Commission's Unopposed Motion for Additional Time to Move to Alter or Amend Judgment. After reviewing the file and being otherwise advised, the Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff shall have to and including August 20, 2013 to move under Federal Rule of Civil Procedure 59(e) to alter or amend the Court's July 8, 2013 Memorandum Opinion and Order on Defendants' Motions to Dismiss.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/ Stephen C. McKenna
STEPHEN C. MCKENNA
GREGORY A. KASPER
DUGAN BLISS
Attorneys for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
Ph. (303) 844-1000
email:
    mckennas@sec.gov
    kasperg@sec.gov
    blissd@sec.gov

Approved by Defendants' counsel on August 2, 2013