IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

v.                                                                                                  No. CIV 12-0257 JB/LFG

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

       Defendants.

## ORDER

**THIS MATTER** comes before the Court on KPMG LLP's Motion to Intervene, filed January 18, 2013 (Doc. 125)("Motion to Intervene").  The Court will grant the Motion to Intervene.

**IT IS ORDERED** that KPMG LLP's Motion to Intervene, filed January 18, 2013 (Doc. 125), is granted.[1]

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Kenneth J. Gonzalez
  United States Attorney
Michael H. Hoses
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

-- and –

---

[1] This Order disposes of the motion.  The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Ian S. Karpel
United States Securities and Exchange Commission
Denver, Colorado

*Attorneys for Plaintiff Securities and Exchange Commission*

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

Chris Johnstone
Alanna G. Buchanan
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Palo Alto, California

-- and --

John Valentine
Lauren R. Yates
Michael A. Lamson
April N. Williams
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Washington, D.C.

-- and --

Peiyin Patty Li
Randall Lee
Jessica Kurzban
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Los Angeles, California

*Attorneys for Defendants Larry A. Goldstone and Clarence G. Simmons, III*

Andrew G. Schultz
Bruce D. Hall
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

Thomas Arena
Milbank, Tweed, Hadley & McCloy, LLP
New York, New York

-- and --

Jerry L. Marks
Paul M. Torres
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
Milbank, Tweed, Hadley & McCloy, LLP
Los Angeles, California

  *Attorneys for Defendant Jane E. Starrett*

W. Spencer Reid
Keleher & McLeod
P. O. Drawer AA
Albuquerque, NM 87103

-- and --

George A. Salter
Hogan Lovells US, LLP
875 Third Avenue
New York, NY 10011

  *Attorneys for Intervenor KPMG*