IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                    Case Number: 1:12-cv-00257-JB-LFG

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING

Pursuant to D.N.M. LR-Civ 7.4(e), Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett notify the Court that briefing is complete on Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission. The entire briefing consists of the following:

1. Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission [Doc. 199] filed August 6, 2013;

2. Plaintiff's Opposition to Defendants' Motion to Compel the Further Production of Documents [Doc. 209] filed September 6, 2013; and

3. Reply in Support of Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission [Doc. 218] filed October 4, 2013.

The briefing is now complete, and Defendants' Motion to Compel the Production of Documents by Plaintiff Securities and Exchange Commission is ready for decision.

Dated: October 7, 2013 Respectfully submitted,

   */s/ Christopher W. Johnstone*      .
WILMER CUTLER PICKERING HALE AND
   DORR LLP
Christopher W. Johnstone
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6147
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com

*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

   */s/ Jerry L. Marks*      .
MILBANK, TWEED, HADLEY & MCCLOY
   LLP
Jerry L. Marks
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com

*Attorneys for Defendant Jane E. Starrett*

   */s/ Andrew G. Schultz*      .
RODEY, DICKASON, SLOAN, AKIN & ROBB,
   P.C.
Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 7, 2013 the foregoing Notice of Completion of Briefing was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Dugan Bliss
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO 80202
mckennas@sec.gov
kasperg@sec.gov
blissd@sec.gov

MILBANK, TWEED, HADLEY &
 MCCOY LLP
    Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
tarena@milbank.com

WILMER CUTLER PICKERING
 HALE AND DORR LLP
   John A. Valentine
   April N. Williams
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com
april.williams@wilmerhale.com

MILBANK, TWEED, HADLEY &
 MCCLOY LLP
Jerry L. Marks
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

WILMER CUTLER PICKERING
 HALE AND DORR LLP
   Randall R. Lee
   Jessica F. Kurzban
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com

WILMER CUTLER PICKERING
 HALE AND DORR LLP
   Christopher W. Johnstone
   Alanna G. Buchanan
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
  Andrew G. Schultz
  Bruce D. Hall
  Jessica R. Terrazas
201 3rd Street NW, Suite 2200
P.O. Box 1888
Albuquerque, NM 87102
aschultz@rodey.com
bhall@rodey.com
jterrazas@rodey.com

WILMER CUTLER PICKERING HALE AND DORR LLP

By   */s/ April N. Williams*
      April N. Williams