IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                    Case Number: 1:12-cv-00257-JB-GBW

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## NOTICE OF EXTENSION OF BRIEFING DEADLINES

As required by D.N.M. LR-Civ. 7.4(a), the parties give notice that they have agreed to extend the time for completing the briefing of the motions filed pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993) on May 9, 2014 [Docs. 291, 292].

Under this agreement, the parties have stipulated that any opposition to the other party's *Daubert* motion will be due on June 6, 2014.  Each party's reply in support of their respective motion will be due on June 20, 2014.

Dated: May 29, 2014                Respectfully submitted,

                                                */s/ Randall R. Lee*                    .
                                          WILMER CUTLER PICKERING HALE and DORR LLP
                                          Randall R. Lee
                                          350 South Grand Ave., Suite 2100
                                          Los Angeles, CA 90071
                                          Telephone: (213) 443-5300
                                          Facsimile:  (213) 443-5400
                                          randall.lee@wilmerhale.com

                                          *Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III*

    */s/ Jerry L. Marks*
MILBANK, TWEED, HADLEY & MCCLOY LLP
Jerry L. Marks
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
jmarks@milbank.com

*Attorneys for Defendant Jane E. Starrett*


    */s/ Andrew G. Schultz*    .
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Andrew G. Schultz
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*


    */s/ Stephen C. McKenna*    .
SECURITIES & EXCHANGE COMMISSION
Stephen C. McKenna
1801 California Street, Suite 1500
Denver, CO  80202
Telephone: (303) 844-1000
Facsimile: (303) 844-1068
mckennas@sec.gov

*Attorneys for Plaintiff Securities & Exchange Commission*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 29, 2014, the parties' Notice of Extension of Briefing Deadlines was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

Michael H. Hoses
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM  87103
Michael.hoses@usdoj.gov

Stephen C. McKenna
Gregory Kasper
Securities & Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
mckennas@sec.gov
kasperg@sec.gov

MILBANK, TWEED, HADLEY &
   MCCOY LLP
   Thomas A. Arena
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:     (212) 530-5000
Facsimile:     (212) 530-5219
tarena@milbank.com

WILMER CUTLER PICKERING
  HALE and DORR LLP
    John A. Valentine
    April N. Williams
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
john.valentine@wilmerhale.com
april.williams@wilmerhale.com

MILBANK, TWEED, HADLEY &
   MCCLOY LLP
    Jerry L. Marks
    Robert J. Liubicic
    Alisa Schlesinger
    Elena Kilberg
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017
Telephone:     (213) 892-4000
Facsimile:     (213) 629-5063
jmarks@milbank.com
rliubicic@milbank.com
aschlesinger@milbank.com
ekilberg@milbank.com

WILMER CUTLER PICKERING
  HALE and DORR LLP
    Randall R. Lee
    Jessica F. Kurzban
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
randall.lee@wilmerhale.com
jessica.kurzban@wilmerhale.com

WILMER CUTLER PICKERING
  HALE and DORR LLP
    Chris Johnstone
    Alanna G. Buchanan
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
chris.johnstone@wilmerhale.com
alanna.buchanan@wilmerhale.com

                                      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
                                        Andrew G. Schultz
                                        Bruce D. Hall
                                        Melanie B. Stambaugh
                                  201 3rd Street NW, Suite 2200
                                  P.O. Box 1888
                                  Albuquerque, NM 87102
                                  aschultz@rodey.com
                                  bhall@rodey.com

By:    */s/ Randall R. Lee*
        Randall R. Lee