IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                          Case Number: 1:12-cv-00257-JB-GBW

LARRY GOLDSTONE, CLARENCE G. SIMMONS,
III, and JANE E. STARRETT,

    Defendants.

## AMENDED NOTICE OF FILING SUPPLEMENTAL BRIEFING

As requested by the Court at the hearing on August 13, 2014, Plaintiff Securities and Exchange Commission and Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane Starrett give notice that they each will serve and file supplemental briefing on SEC Rule 13b2-2 requirements. Plaintiff and Defendants will serve and file their respective supplemental briefs of no more than 20 pages no later than September 22, 2014.

                                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                By    */s/ Andrew G Schultz*    .
                                        Andrew G. Schultz
                                        Jessica R. Terrazas
P. O. Box 1888
Albuquerque, NM 87103
Telephone:    (505) 765-5900
Facsimile:    (505) 768-7395
E-mail:    aschultz@rodey.com

*Attorneys for Defendants Larry Goldstone, Clarence G. Simmons, III, and Jane E. Starrett*

                                            -and-

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP<br>  Randall R. Lee<br>  Jessica F. Kurzban<br>  Daniel R. Crump<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:     (213) 443-5300<br>Facsimile:      (213) 443-5400<br>randall.lee@wilmerhale.com<br>jessica.kurzban@wilmerhale.com<br>daniel.crump@wilmerhale.com<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>  John A. Valentine<br>  April N. Williams<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>Telephone:     (202) 663-6000<br>Facsimile:      (202) 663-6363<br>john.valentine@wilmerhale.com<br>april.williams@wilmerhale.com<br><br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>  Christopher W. Johnstone<br>  Alanna G. Buchanan<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone:     (650) 858-6000<br>Facsimile:      (650) 858-6100<br>chris.johnstone@wilmerhale.com<br>alanna.buchanan@wilmerhale.com<br><br>*Attorneys for Defendants Larry Goldstone and Clarence G. Simmons, III* | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>  Jerry L. Marks<br>  Robert J. Liubicic<br>  Alisa Schlesinger<br>  Elena Kilberg<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA  90017<br>Telephone:(213) 892-4000<br>Facsimile: (213) 629-5063<br>jmarks@milbank.com<br>rliubicic@milbank.com<br>aschlesinger@milbank.com<br>ekilberg@milbank.com<br><br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>  Thomas A. Arena<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>Telephone:(212) 530-5000<br>Facsimile: (212) 530-5219<br>tarena@milbank.com<br><br>*Attorneys for Defendant Jane E. Starrett* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2014, the foregoing *Amended Notice of Filing Supplemental Briefing* was electronically filed with the Clerk of Court using the CM/ECF system that that will send notification of such filing to all counsel of record.

| | |
|---|---|
| Michael H. Hoses<br>Assistant United States Attorney<br>P.O. Box 607<br>Albuquerque, NM 87103<br>Michael.hoses@usdoj.gov | Stephen C. McKenna<br>Gregory Kasper<br>Dugan Bliss<br>Securities & Exchange Commission<br>1801 California Street, Suit 1500<br>Denver, CO  80202<br>mckennas@sec.gov<br>kasperg@sec.gov<br>blissd@sec.gov |

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By    */s/ Andrew G Schultz*                              .
         Andrew G. Schultz