IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.                                                                       No. CIV 12-0257 JB/GBW

LARRY A. GOLDSTONE,
CLARENCE G. SIMMONS, III, and
JANE E. STARRETT,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the redactions that Intervenor KPMG, LLP has proposed for the Sealed Memorandum Opinion and Order, filed August 13, 2015 (Doc. 364). If any of the parties object to the proposed redactions, they should contact the Court with their objections by 5:30 p.m. Mountain Daylight Time today.

**IT IS ORDERED** that, if the parties object to Intervenor KPMG, LLP's proposed redactions to the Sealed Memorandum Opinion and Order, filed August 13, 2015 (Doc. 364), they should submit their objections to the Court by 5:30 p.m. Mountain Daylight Time today.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Damon Martinez
   United States Attorney
Michael H. Hoses
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Stephen C. McKenna
Gregory A. Kasper
Dugan Bliss
Ian S. Karpel
Securities & Exchange Commission
Denver, Colorado

   *Attorneys for the Plaintiff*

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Chris Johnstone
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Palo Alto, California

--and--

John Valentine
Lauren R. Yates
April N. Williams
Skye Lynn Perryman
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Washington, D.C.

--and--

Randall Lee
Jessica Kurzban
Daniel R. Crump
Robert G. Badal
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
Los Angeles, California

  *Attorneys for Defendants Larry A. Goldstone and Clarence G. Simmons, III*

Bruce D. Hall
Andrew G. Schultz
Melanie B. Stambaugh
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

--and--

Thomas Arena
Milbank, Tweed, Hadley & McCloy, LLP
New York, New York

--and--

Jerry L. Marks
Paul M. Torres
Robert J. Liubicic
Alisa Schlesinger
Elena Kilberg
Milbank, Tweed, Hadley & McCloy, LLP
Los Angeles, California

  *Attorneys for Defendant Jane E. Starrett*

George A. Salter
Peter J. Dennin
Hogan Lovells US, LLP
New York, NY

--and--

William Spencer Reid
Keleher & McLeod
Albuquerque, New Mexico

  *Attorneys for Intervenor KPMG, LLP*